E-FILED
Tuesday, 07 September, 2004 10:35:14 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL     District of     ILLINOIS, PEORIA DIVISION

VOLKSWAGEN OF AMERICA, INC., a New Jersey corporation

**SUMMONS IN A CIVIL ACTION**

V.

SUD'S OF PEORIA, INC., d/b/a Sud's Volkswagen and Sud's Audi, an Illinois corporation; GIAN C. SUD, an Illinois resident, HARISH C. SUD, an Illinois resident SUNITI R. SUD, an Illinois resident

CASE NUMBER:

TO:

| Sud's Volkswagen | Gian Sud | Harish Sud | Suniti Sud |
|---|---|---|---|
| 2350 North 8th Street | 23 Sunset Road | 204 Beacon Circle, | 4000 North Frontage Road |
| Pekin, Illinois | Bloomington, Illinois 61701 | Bloomington, Illinois 61704 | Sheboygan, Wisconsin 61704 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James. R. Volger, Esq.
Brock F. Renner, Esq.
Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP
333 West Wacker Drive, 27th Floor
Chicago, Illinois 60606

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK     DATE

(By) DEPUTY CLERK