UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

|  |  |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey company, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. _____ ) |
| SŰD'S OF PEORIA, INC., d/b/a Sűd's Volkswagen and Sűd's Audi, an Illinois company; GIAN C. SŰD, an Illinois resident HARISH C. SŰD, an Illinois resident; and SUNITI R. SŰD, an Wisconsin resident, | ) Equitable relief sought ) ) ) ) ) |
| Defendants. | ) ) |

## BARACK FERRAZZANO KIRSCHBAUM PERLMAN & NAGELBERG CERTIFICATE OF INTEREST

Barack Ferrazzano Kirschbaum Perlman & Nagelberg (the "Firm") hereby furnishes the following in compliance with Rule CDIL-LR 11.3:

1. The Firm represents Volkswagen of America, Inc.

2. Volkswagen of America, Inc. is wholly owned by its parent company, Volkswagen Beteiligungs-Gesellschaft mbH, a German company. Volkswagen Beteiligungs-Gesellschaft mbH is wholly owned by its parent company, Volkswagen AG, another German company.

3. It is anticipated that only the attorneys associated with the Firm will be representing Volkswagen of America, Inc. in this matter.

246913_1

Dated: September 3, 2004

                                        Respectfully submitted,

                                        VOLKSWAGEN OF AMERICA, INC.

                                        By: _____
                                                    One of Its Attorneys

James R. Vogler – Lead Counsel
Brock F. Renner
BARACK FERRAZZANO KIRSCHBAUM
  PERLMAN & NAGELBERG LLP
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone No.: (312) 984-3100
Facsimile No.: (312) 984-3150


Of Counsel:
Randall L. Oyler
BARACK FERRAZZANO KIRSCHBAUM
  PERLMAN & NAGELBERG LLP
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone No.: (312) 984-3100
Facsimile No.: (312) 984-3150