TO:   Brock F. Renner, Esq.
      Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP
      333 West Wacker Drive
      Suite 2700
      Chicago, IL 60606

I acknowledge receipt of your request that I, on behalf of my clients Süd's of Peoria, Inc., d/b/a Süd's Volkswagen and d/b/a Süd's Audi, Gian C. Süd, Harish C. Süd and Suniti R. Süd (collectively, the "Defendants"), waive service of a summons in the action of *Volkswagen of America Inc. v. Sud's of Peoria, Inc. et al.*, which is case number 04-CV-1306 in the United States District Court for the Central District of Illinois, Peoria Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me or the Defendants.

I agree on behalf of the Defendants to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that they be served with judicial process in the manner provided by Rule 4.

The Defendants will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

The Defendants understand that a judgment may be entered against them if an answer or motion under Rule 12 is not served upon counsel for Volkswagen of America Inc. within 60 days after September 10, 2004.

_9/13/04_
Date

_____
Richard Karr, Esq.
Zurowski Rogers Flood & McArdle
One North LaSalle, 45th Floor
Chicago, Illinois  60602

Printed/typed name:  Richard Karr

As Attorney
For Süd's of Peoria, Inc., d/b/a Süd's Volkswagen
and d/b/a Süd's Audi, Gian C. Süd,
Harish C. Süd and Suniti R. Süd,

247644_1