E-FILED
Friday, 12 November, 2004  02:20:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation, | |
| Plaintiff, | |
| v. | Case No.: **04 cv 01306** |
| SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident, | |
| Defendants. | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel of record for SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD, furnishes the following in compliance with Local Rule 11.3 of this Court.

1.    The full name of every party or amicus the attorney represents in this case:  The firm of KINGERY DURREE WAKEMAN & RYAN, ASSOC., represents the Defendants, SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD.

2.    One Defendant represented by KINGERY DURREE WAKEMAN & RYAN, ASSOC., is a privately held corporation.  Said Defendant being SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI.

3.    The name of all law firms whose partners or associates have appeared, or are expected to appear, for the Defendants in the case:  PHILIP M. O'DONNELL of KINGERY

DURREE WAKEMAN & RYAN, ASSOC., and RICHARD M. KARR of GORDON and KARR, LLP, and their partners and/or associates are expected to appear for Defendants, SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD.

4. Defendants have designated PHILIP M. O'DONNELL of KINGERY DURREE WAKEMAN & RYAN, ASSOC. as lead counsel in the above cause, pursuant to CDIL-LR 11.2, for the purpose of being responsible for receipt of telephone conference calls.

Dated:_____, 2004.

/S/   **PHILIP M. O'DONNELL**
         KINGERY DURREEWAKEMAN &
         RYAN, ASSOC.

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois 61602
Telephone: (309) 676-3612
Facsimile: (309) 676-1329

**RICHARD M. KARR**
GORDON & KARR, LLP
45th Floor
One North LaSalle Street
Chicago, Illinois 60602
Telephone: (312) 377-4450
Facsimile: (312) 332-1901