### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### CENTRAL DIVISION, PEORIA

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident,<br><br>Defendants. | Case No.: **04 cv 01306** |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW COME** Defendants, SÜD'S OF PEORIA, INC., GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD, by their attorneys, KINGERY DURREE WAKEMAN & RYAN, ASSOC., and as and for their Motion for Extension of Time to file a pleading responsive to the Complaint of Plaintiff, VOLKSWAGEN OF AMERICA, INC., and pursuant to CDIL-LR 6.1, state as follows:

1. Counsel for Plaintiff and Defendants have been in extensive discussions regarding the potential settlement of the instant dispute set forth in the Complaint, before any litigation of the dispute should proceed.

2. In addition, Plaintiff's counsel and Defendants' counsel have had lengthy discussions about determining an appropriate mediator to resolve this case.

3. There is also pending before the Illinois Motor Vehicle Review Board a certain cause. That cause pending before the Motor Vehicle Review Board involves the SÜD'S vehicle

dealership in Bloomington, Illinois, and the parties' counsel desire to attempt to resolve the dispute set forth in Plaintiff's Complaint herein, and the pending dispute before the Illinois Motor Vehicle Review Board in comprehensive settlement negotiations or a single mediation process.

4.      At the present time, Plaintiff and Defendants are in agreement that they should attempt to continue settlement negotiations so as to minimize the costs of resolution of the pending disputes between them.

5.      Defendants respectfully pray that this Court extend until a date in January, 2005 or thereafter, their deadline for filing a pleading responsive to Plaintiff's Complaint in light of the foregoing.

6.      The parties' counsel have discussed these matters at length, and are in agreement that it is in the interests of judicial and financial economy, so as to minimize litigation expenses, that the parties attempt to resolve the pending disputes between them through a mediation process or further settlement negotiations.

7.      Defendants' counsel has discussed this extension of time to plead in the case at bar with Plaintiff's counsel, who have indicated they have no objection to the above requested extension of time.

8.      The parties' counsel believe a telephone conference call with the Court would be appropriate, so that counsel can set an appropriate date in this regard, given the mediation the parties desire to conduct in December.

**WHEREFORE,** Defendants, SÜD'S OF PEORIA, INC., GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD, for the foregoing reasons, respectfully move this Court for an

extension of time to file a pleading responsive to the Complaint until December 15, 2004, and

pray the Court for such other and further relief as it deems just and appropriate.

                                             SÜD'S OF PEORIA, INC., GIAN C. SÜD,
HARISH C. SÜD, and SUNITI R. SÜD,
Defendants.


                                             /S/    **PHILIP M. O'DONNELL**
                                                     KINGERY DURREE WAKEMAN &
                                                     RYAN, ASSOC.


**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612
Facsimile:  (309) 676-1329


**RICHARD M. KARR**
GORDON & KARR, LLP
45th Floor
One North LaSalle Street
Chicago, Illinois  60602
Telephone:  (312) 377-4450
Facsimile:  (312) 332-1901