# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### CENTRAL DIVISION, PEORIA

VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation,

Plaintiff,

v.

SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident,

Defendants.

Case No.: **04 cv 01306**

## CERTIFICATE OF SERVICE

On November 12, 2004, the undersigned served upon all attorneys of record by electronic filing the following documents:

**Defendants' Motion for Leave to File Motion for Extension of time to Plead**
**Defendants' Motion for Extension of Time to Plead**
**Certificate of Interest**

/S/   **PHILIP M. O'DONNELL**
KINGERY DURREEWAKEMAN & RYAN, ASSOC.

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612
Facsimile:  (309) 676-1329