E-FILED
Tuesday, 16 November, 2004  10:38:22 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident,<br><br>Defendants. | Case No.: **04 cv 01306** |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
MOTION FOR EXTENSION OF TIME TO PLEAD (CORRECTED)**

**NOW COME** Defendants, SÜD'S OF PEORIA, INC., GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD, and as and for their Motion for Leave to File their Motion for Extension of Time to Plead, *instanter,* state as follows:

1.    Defendants' undersigned counsel believed, based upon correspondence between Defendant's Chicago co-counsel and Plaintiff's counsel, that a responsive pleading deadline was November 15, 2004. The undersigned counsel for Defendants learned for the first time on November 10, 2004, that the PACER docket report had November 9, 2004 for Defendants responsive pleadings to be filed. Defendants' counsel had not received before the filing of this Motion notice of the filing of the Rule 4 waivers, and believed that they had not been filed given the settlement discussions between the parties' counsel and the potential mediation contemplated for the instant dispute. In addition, as only two days have passed since the responsive pleading deadline and the filing of this Motion, and given ongoing settlement negotiations between the

parties, Defendants respectfully seek leave of the Court to file this request for the extension of time to plead, to which Plaintiff does not object.

2. Defendants' counsel has discussed this Motion with Plaintiff's counsel, and Plaintiff does not object to the same, nor does Plaintiff object to the extension of time sought in the Motion for Extension of Time to Plead concurrently filed with this Motion.

**WHEREFORE,** Defendants, SÜD'S OF PEORIA, INC., GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD, respectfully pray this Court grant Defendants leave to file, *instanter,* as of the date of the filing of this Motion their Motion for Extension to file responsive pleading, and pray the Court for such other and further relief as the Court deems just and proper.

        SÜD'S OF PEORIA, INC., GIAN C. SÜD,
        HARISH C. SÜD, and SUNITI R. SÜD,
        Defendants.

/S/        **PHILIP M. O'DONNELL**
        One of Their Attorneys

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612
Facsimile:   (309) 676-1329

**RICHARD M. KARR**
GORDON & KARR, LLP
45th Floor
One North LaSalle Street
Chicago, Illinois  60602
Telephone:  (312) 377-4450
Facsimile:   (312) 332-1901

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident,<br><br>       Defendants. | Case No.: **04 cv 01306** |

### CERTIFICATE OF SERVICE

On November 12, 2004, the undersigned served upon all attorneys of record by electronic filing the following documents:
  **Defendants' Motion for Leave to File Motion for Extension of Time to Plead**

On November 16, 2004, the undersigned served upon all attorneys of record by electronic filing the following documents:
  **Defendants' Motion for Leave to File Motion for Extension of Time to Plead (Corrected)**

and via U.S. Mail to:

Randall L. Oyler
Barack, Ferrazzano, Kirschbaum, Perlman & Nagalberg
333 West Wacker Drive
Ste 2700
Chicago, IL 60606

                              /S/    **PHILIP M. O'DONNELL**
                                     KINGERY DURREEWAKEMAN &
                                     RYAN, ASSOC.

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612