IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident,<br><br>Defendants. | Case No.: **04 cv 01306** |

**CERTIFICATE OF INTEREST (CORRECTED)**

The undersigned, counsel of record for SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD, furnishes the following in compliance with Local Rule 11.3 of this Court.

1. The full name of every party or amicus the attorney represents in this case: The firm of KINGERY DURREE WAKEMAN & RYAN, ASSOC., represents the Defendants, SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD.

2. One Defendant represented by KINGERY DURREE WAKEMAN & RYAN, ASSOC., is a privately held corporation. Said Defendant being SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI.

3. The name of all law firms whose partners or associates have appeared, or are expected to appear, for the Defendants in the case: PHILIP M. O'DONNELL of KINGERY

DURREE WAKEMAN & RYAN, ASSOC., and RICHARD M. KARR of GORDON and KARR, LLP, and their partners and/or associates are expected to appear for Defendants, SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD.

4. Defendants have designated PHILIP M. O'DONNELL of KINGERY DURREE WAKEMAN & RYAN, ASSOC. as lead counsel in the above cause, pursuant to CDIL-LR 11.2, for the purpose of being responsible for receipt of telephone conference calls.

Dated: November 16, 2004.

/S/ **PHILIP M. O'DONNELL**
KINGERY DURREEWAKEMAN &
RYAN, ASSOC.

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612
Facsimile:  (309) 676-1329

**RICHARD M. KARR**
GORDON & KARR, LLP
45th Floor
One North LaSalle Street
Chicago, Illinois  60602
Telephone:  (312) 377-4450
Facsimile:  (312) 332-1901

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident,<br><br>        Defendants. | Case No.: **04 cv 01306** |

## CERTIFICATE OF SERVICE

On November 12, 2004, the undersigned served upon all attorneys of record by electronic filing the following documents:

**Defendants' Certificate of Interest**

On November 16, 2004, the undersigned served upon all attorneys of record by electronic filing the following documents:

**Defendants' Certificate of Interest (Corrected)**

and via U.S. Mail to:

Randall L. Oyler
Barack, Ferrazzano, Kirschbaum, Perlman & Nagalberg
333 West Wacker Drive
Ste 2700
Chicago, IL 60606

                                                  /S/    **PHILIP M. O'DONNELL**
                                                           KINGERY DURREEWAKEMAN &
                                                            RYAN, ASSOC.

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612