IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| **VOLKSWAGEN OF AMERICA, INC.,** a New Jersey Corporation, | |
| Plaintiff, | |
| v. | Case No.: **04 cv 01306** |
| **SÜD'S OF PEORIA, INC.,** d/b/a **SÜD'S VOLKSWAGEN** and **SÜD'S AUDI,** an Illinois Corporation; **GIAN C. SÜD,** an Illinois Resident, **HARISH C. SÜD,** an Illinois Resident, and **SUNITI R. SÜD,** a Wisconsin Resident, | |
| Defendants. | |

**DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO PLEAD**

**NOW COME** Defendants, SÜD'S OF PEORIA, INC., GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD, by their attorneys, KINGERY DURREE WAKEMAN & RYAN, ASSOC., and as and for their Second Motion for Extension of Time to Plead, state as follows:

1.  This Court's docket entry gave Defendants until January 3, 2005, to file pleadings responsive to the Complaint of Plaintiff herein. Since the filing of the initial Motion for Extension, counsel for Plaintiff and Defendants have tentatively selected a mediator, who has provided counsel with his schedule. The parties are still in the process of attempting to schedule the mediation they desire to conduct which, if successful, would resolve the issues raised by Plaintiff's Complaint. However, due to the schedules of counsel for the parties and difficulty retaining an appropriate, experienced mediator, the mediation the parties had hoped to complete in December has not been conducted.

2.	Defendants, based on the foregoing, respectfully move this Court for an additional extension until at least February 15, 2005, to file pleadings responsive to the Plaintiff's Complaint. By that date the parties believe that the mediation will be conducted and completed, addressing the variety of issues raised by the Complaint, and another cause pending before the Illinois Motor Vehicle Review Board.

3.	Defendants' counsel has discussed this requested extension with Plaintiff's counsel, who has no objection to an extension until February 15, 2005, for the filing of Defendants' responsive pleadings.

**WHEREFORE,** Defendants, SÜD'S OF PEORIA, INC., GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD, for the foregoing reasons, respectfully move this Court for an extension of time as aforesaid to file pleadings responsive to the Plaintiff's Complaint, and pray the Court for such other and further relief as deemed just and appropriate.

SÜD'S OF PEORIA, INC., GIAN C. SÜD,
HARISH C. SÜD, and SUNITI R. SÜD,
Defendants.


/S/_____    **PHILIP M. O'DONNELL**_____
	One of Their Attorneys


**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612
Facsimile:  (309) 676-1329

**RICHARD M. KARR**
GORDON & KARR, LLP
45th Floor
One North LaSalle Street
Chicago, Illinois  60602
Telephone:  (312) 377-4450
Facsimile:  (312) 332-1901

**IN THE UNITED STATES DISTRICT COURT**

FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| **VOLKSWAGEN OF AMERICA, INC.,** a New Jersey Corporation,<br><br>    Plaintiff,<br> v.<br><br>**SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI,** an Illinois Corporation; **GIAN C. SÜD,** an Illinois Resident, **HARISH C. SÜD,** an Illinois Resident, and **SUNITI R. SÜD,** a Wisconsin Resident,<br><br>    Defendants. | Case No.: **04 cv 01306** |

<u>**CERTIFICATE OF SERVICE**</u>

  On December 22, 2004, the undersigned served upon all attorneys of record by electronic filing the following documents:

  **Defendants' Second Motion for Extension of Time to Plead**

and via U.S. Mail to:

  Randall L. Oyler
  Barack, Ferrazzano, Kirschbaum, Perlman & Nagalberg
  333 West Wacker Drive
  Ste 2700
  Chicago, IL 60606

          /S/ **PHILIP M. O'DONNELL**
            KINGERY DURREE WAKEMAN &
            RYAN, ASSOC.

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612