E-FILED
Tuesday, 15 February, 2005  12:15:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident,<br><br>Defendants. | Case No.: **04 cv 01306** |

## **DEFENDANTS' THIRD MOTION FOR EXTENSION OF TIME TO PLEAD**

**NOW COME** Defendants, SÜD'S OF PEORIA, INC., GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD, by their attorneys, KINGERY DURREE WAKEMAN & RYAN, ASSOC., and as and for their Third Agreed Motion for Extension of Time to Plead, state as follows:

1. This Court's prior docket entry gave Defendants until February 15, 2005, to file pleadings responsive to the Complaint of Plaintiff herein. The parties have scheduled and will be undertaking a mediation of the instant litigation, and other disputes between them, on February 15 and 16, 2005. The mediator who will be conducting the mediation, selected by the parties, is former Northern District Magistrate Judge Ed Bobrick.

2. The parties believe that this mediation, jointly scheduled weeks ago, for the aforesaid dates, should hopefully be completed by February 16, 2005. Therefore, the parties believe they would be in a position in approximately thirty days to apprise the Court as to

whether the instant lawsuit has been resolved through the mediation process.  Accordingly, Defendants, with the agreement of Plaintiff's counsel, respectfully submit to the Court that the responsive pleading deadline should be extended for an additional thirty days from February 15, 2005.  Counsel for Defendants has discussed this extension with Plaintiff's counsel, who has agreed to the same, and therefore, Defendants pray for extension of the responsive pleading deadline until at least March 15, 2005.

**WHEREFORE,** Defendants, SÜD'S OF PEORIA, INC., GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD, for the foregoing reasons, respectfully move this Court for an extension of time as aforesaid to file pleadings responsive the Plaintiff's Complaint, and pray the Court for such other and further relief as it deems just and appropriate.

SÜD'S OF PEORIA, INC., GIAN C. SÜD,
HARISH C. SÜD, and SUNITI R. SÜD,
Defendants.


/S/       **PHILIP M. O'DONNELL**
　　　　　One of Their Attorneys

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612
Facsimile:  (309) 676-1329

**RICHARD M. KARR**
GORDON & KARR, LLP
45th Floor
One North LaSalle Street
Chicago, Illinois  60602
Telephone:  (312) 377-4450
Facsimile:  (312) 332-1901

**IN THE UNITED STATES DISTRICT COURT**

FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident,<br><br>                Defendants. | Case No.: **04 cv 01306** |

### CERTIFICATE OF SERVICE

On February 15, 2005, the undersigned served upon attorneys Brock F. Renner and James R. Vogler by electronic filing the following documents:

**Defendants' Third Motion for Extension of Time to Plead**

and via U.S. Mail to:

    Randall L. Oyler
    Barack, Ferrazzano, Kirschbaum, Perlman & Nagalberg
    333 West Wacker Drive
    Ste 2700
    Chicago, IL 60606

                                          /S/    **PHILIP M. O'DONNELL**
                                                  KINGERY DURREE WAKEMAN & RYAN, ASSOC.

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612
Facsimile:  (309) 676-1329