E-FILED
Monday, 14 March, 2005  09:13:33 AM
Clerk, U.S. District Court, ILCD

### Authorized Representative

(3)    "Authorized Representative" means a qualified representative of Dealer whose full-time professional efforts are devoted to the conduct of Dealer's Operations and who is authorized on behalf of Dealer to execute documents, make all operational decisions with respect to Dealer's Operations, and on whose authority VWoA is entitled to rely.

### Authorized Signs

(4)    "Authorized Signs" means displays of any Authorized Trademark, in such material, type, presentation and colors as VWoA may prescribe from time to time.

### Authorized Trademarks

(5)    "Authorized Trademarks" means any trademark, service mark or trade name now or any other time hereafter used or claimed by the Manufacturer or VWoA.

### Dealer's Area

(6)    "Dealer's Area" means the area designated by VWoA in the Operating Plan for Dealer's Operations, corresponding to U.S. census tract information.

### Dealer's Executives

(7)    "Dealer's Executives" means all the persons named in Paragraphs 5 and 6 of the Statement of Ownership and Management as officers or the Authorized Representative of Dealer, as well as any other person who succeeds to any position in Dealer referred to in such paragraphs in accordance with the provisions of this Agreement.

### Dealer's Operations

(8)    "Dealer's Operations" means all activities of Dealer relating to the promotion and sale of Authorized Products, the supply of Genuine Parts, customer service for Authorized Products and all other activities of Dealer pursuant to this Agreement.

### Dealer's Owners

(9)    "Dealer's Owners" means all the persons named in Paragraph 4 of the Statement of Ownership and Management as beneficial or record owners of Dealer, as well as any other person who acquires or succeeds to any beneficial interest or record ownership in Dealer in accordance with the provisions of this Agreement.

### Dealer's Premises

(10)    "Dealer's Premises" means all premises referred to in the Dealer Premises Addendum and used by Dealer for or in connection with Dealer's Operations, including sales facilities, service workshops, offices, facilities for storage of Authorized Automobiles and Genuine Parts, used car sales facilities and parking facilities.

**Genuine Parts**

(11)    "Genuine Parts" means new and factory rebuilt replacement parts, accessories and optional equipment for Authorized Automobiles if such parts, accessories and optional equipment are supplied by VWoA.

**Manufacturer**

(12)    "Manufacturer" means any supplier of Authorized Products to VWoA, including as appropriate, but not limited to, Audi AG, a German corporation, and Volkswagen AG, a German corporation.

**Net Working Capital, Owner's Equity and Wholesale Credit**

(13)    "Net Working Capital," "Owner's Equity" and "Wholesale Credit" shall have the meanings set forth in the Operating Standards, the Operating Plan and in accordance with generally accepted accounting principles.

**Operating Plan**

(14)    "Operating Plan" means the Dealer Operating Plan then-currently established by VWoA for dealers of Authorized products, determined in cooperation with Dealer, as well as any amendments thereof or additions thereto by VWoA during the term of this Agreement.

**Operating Standards**

(15)    "Operating Standards" means the Volkswagen Dealer Operating Standards issued by VWoA to its Volkswagen dealers, including any amendments, revisions or additions, from time to time during the term of this Agreement.

**Owner's Documents**

(16)    "Owner's Documents" means all the documents which are supplied by VWoA in respect of each Authorized Automobile and which are intended for the customer, including, but not limited to, the Owner's Manual, Warranty Booklet and Maintenance Booklet.

**Recommendations**

(17)    "Recommendations" means written suggestions provided by VWoA to Dealer from time to time during the term of this Agreement, as well as all currently applicable written suggestions previously provided by VWoA.

**VWoA**

(18)    "VWoA" means Volkswagen of America, Inc., a New Jersey corporation, and includes, as appropriate, all divisions of that corporation.

**VWoA's Warranties**

(19)   "VWoA's Warranties" means, with respect to each Authorized Product, those express written warranties provided with such product or as set forth in the Dealer Warranty Manual for Authorized Products in effect at the time such product is first sold at retail, as well as any express written warranties which VWoA may issue with respect to any product during the course of its service life.

# Article 17

## General Provisions

### Dealer Not an Agent

(1)   Dealer will conduct all Dealer's Operations on its own behalf and for its own account. Dealer has no power or authority to act for the Manufacturer or VWoA.

### Authority to Sign

(2)   Dealer acknowledges that only an Area Executive is authorized on behalf of VWoA to execute this Agreement or to agree to any variation, modification or amendment of any of its provisions or to sign any notice of termination, and that such Agreement, variation, modification, amendment or notice of termination must be countersigned by the President, a Vice President, the Secretary, an Assistant Secretary or a Regional Team Leader of VWoA.

### Variations; Modifications; Amendments

(3)   This Agreement may not be varied, modified or amended except by an express instrument in writing to that effect signed on behalf of both VWoA and Dealer.

### Entire Agreement

(4)   This instrument contains the entire agreement between the parties. No representations or statements other than those expressly set forth or referred to herein were made or relied upon in entering into this Agreement.

### Release of Claims under Prior Agreement

(5)   This Agreement terminates and supersedes all prior agreements with respect to Authorized Products between the parties, if any. The parties hereby waive, abandon and relinquish any and all claims of any kind and nature arising out of or in connection with any such prior agreement, except for any accounts payable by one party to the other as a result of the purchase of any Authorized Products, audit adjustments or reimbursement for any services.

### Agreement Non-transferable

(6)   No part of this Agreement nor any interest in this Agreement may be transferred by Dealer without the prior written consent of VWoA.

# EXHIBIT C



VOLKSWAGEN of America

2004 Volkswagen
Brand Standards



# Welcome

## Dear Dealer Colleague:

Most of you have spent a great deal of time over the past 12 months achieving compliance with the Volkswagen Dealer Operating Standards and Experience Standards. We are excited to report that, on average, those of you who have been validated at the Experience Levels have seen increased MOT scores, which we believe to be the direct result of your increased focus on process improvements in your dealerships, and therefore, your further ability to deliver the Volkswagen Promise at all customer touch points!

Throughout this past year, feedback from you on the Brand Standards has, overall, been very positive. We've taken your comments into account, with the result being revisions to the Standards that we believe you will find more streamlined, while at the same time, continuing to challenge you to deliver the Volkswagen Promise to customers at both Operating and Experience levels.

## Highlights of the changes to the Volkswagen Brand Standards for 2004 include:

- The number of Volkswagen Dealer Operating Standards has been reduced to those we believe to be essential to a Volkswagen Dealer's operations and a Dealer's ability to meet our customers' expectations. It continues to be the case that ALL Dealers must comply with the Volkswagen Dealer Operating Standards.

- The Experience Standards Levels 1 and 2 have been combined and revised and are now called "Excellence Benchmarks."

- The Excellence Benchmarks may be achieved without reference to Marketplace facilities.

- Marketplace Dealers will have the opportunity to receive separate Marketplace incentives related to their level of Marketplace investment.

This Brand Standards book provides all the information you need to achieve compliance with the Volkswagen Dealer Operating Standards and, if you choose, additional information on Excellence Benchmarks for 2004. In addition, the enclosed CD contains facility and Corporate Identity Supplements that are referenced in the Brand Standards and explains how you can meet the required facility and signage Standards.

Achievement of the Operating Standards will result in your eligibility for continued eligibility for discretionary incentives. New for 2004 is a special recognition logo, which you will be able to use to distinguish your Volkswagen operations at the Excellence level. Please see the section within this Brand Standards book under "Circle of Excellence" for more details.

We are eager to see all Volkswagen dealers join the "Circle of Excellence." We're convinced that the processes and procedures encapsulated in the Excellence Benchmarks will truly drive a heightened level of customer satisfaction and increased profitability for your dealership.

Good selling,

*Frank Maguire*

Frank Maguire

---

This Brand
Standards book
provides all the
**information
you need
to achieve
compliance
with the**
**Volkswagen
Dealer
Operating
Standards**
and, if you
choose, additional
information on
**Excellence
Benchmarks**
for 2004.

# Table of Contents

**1. 2004 Volkswagen Brand Standards**

    Introduction/Legal Effect

    Operating Standards/Excellence Benchmarks . . . . . . . . . . . . . . . . . . . . . . .10

**2. Appendix**

    Financial Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .36

    Facilities Checklist . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .38

    Corporate Identification and Trademark Checklist . . . . . . . . . . . . . . . . .40

**3. Volkswagen "Circle of Excellence"** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .45

# The Volkswagen Promise

At Volkswagen we are different, original, honest. We build cars that offer a unique combination of German engineering, safety, driving enjoyment and value. We are friendly and approachable. There is a segment of the North American public that admires our character. We are different and proud of it.



# 2004 Volkswagen Brand Standards

# 2004 Volkswagen Brand Standards

## Legal Effect

The Volkswagen Dealer Agreement (the "Agreement") incorporates by reference the Volkswagen Dealer Operating Standards (the "Operating Standards"). The Operating Standards, together with the Volkswagen Dealer Excellence Benchmarks (the "Excellence Benchmarks"), comprise the Volkswagen Brand Standards (the "Brand Standards"). The Operating Standards and Excellence Benchmarks incorporate by reference the Volkswagen Facility Supplement (the "Facility Supplement") and the Volkswagen Corporate Identification and Trademark Supplement (the "Corporate Identification and Trademark Supplement"). Adherence to the Operating Standards by every Volkswagen Dealer is required. Failure to comply with the Operating Standards is a material breach of the Agreement and is cause for termination of the Agreement in accordance with its terms and those of applicable law. Compliance with the Operating Standards by any Dealer will determine the extent to which the Dealer will be entitled to participate in any discretionary program offered by VWoA.

The Excellence Benchmarks contained herein define performance efforts that VWoA believes enhance the customer's shopping and ownership experience and help build Volkswagen brand equity as well as contribute to building customer loyalty.

Dealer participation in the Excellence Benchmarks is voluntary; however, adherence to the Excellence Benchmarks will determine the extent to which the Dealer will be entitled to participate in the Brand Standards discretionary financial incentive programs that will be offered by VWoA from time to time.

In the case of any conflict between the Operating Standards, the Facility Supplement, the Corporate Identification and Trademark Supplement and the Agreement, the terms of the Agreement shall control.

## Dealer Operating Standards Business Plan

The Operating Standards recognize that there are six basic inputs that dealers can apply toward achieving the desired levels of customer loyalty, General Management, Facility, Sales, Service, Parts and Continuous Improvement. Accordingly, the Operating Standards are organized to describe Dealer's obligations as to each of those inputs.

The Dealer and the AE Team will, not less frequently than annually, cooperate to prepare an Operating Standards Business Plan (the "Operating Plan") in the form currently used by VWoA. The Operating Plan will be reviewed with the Dealer from time to time. Through these reviews of the Operating Plan, Dealer and the AE Team, working together, can quantify Dealer's success in meeting certain performance requirements and develop an action plan for resolving any deficiency.

## Customer Loyalty

With the guidance and assistance of VWoA representatives, Dealer will take such steps as are necessary to ensure that all customers are treated courteously, efficiently and responsibly. Dealer will act with the clear intent and belief that increasing customer loyalty is fundamental to ensuring repeat and referral business and our mutual long-term future. Dealer will be notified from time to time of VWoA's customer loyalty measurement process and required levels of performance.

The Excellence Benchmarks contained herein define performance effort that VWoA believes enhance the customer's shopping and ownership experience and help build Volkswagen brand equity as well as contribute to building customer loyalty.



# Operating Standards

## GENERAL MANAGEMENT: FINANCIALS

OS 1    Dealer meets 100 percent of the required Net Working Capital as defined in Dealer's Operating Standards Business Plan.

OS 2    Dealer meets 100 percent of the required Owner's Equity as defined in Dealer's Operating Standards Business Plan.

OS 3    Dealer meets 100 percent of the required Wholesale Line of Credit as defined in Dealer's Operating Standards Business Plan and has a letter on file with Volkswagen stating that Dealer meets the required amount.

## GENERAL MANAGEMENT: INVENTORY

OS 4    Dealer stocks a minimum of 45 days inventory of Genuine Parts and Accessories as defined in Dealer's Operating Standards Business Plan.

OS 5    Dealer stocks and displays a representation of the full model range of Authorized Vehicles, subject to availability, on premises and conforms to 60-days' inventory from port stock to in-dealer stock as defined in Dealer's Operating Standards Business Plan.

OS 6    Dealer stocks a minimum of three CPO vehicles at all times and prominently displays a minimum of one CPO vehicle in either the new or used car display area.

OS 7    Demonstrator cars are clean, in good condition and well cared for.

# Excellence Benchmarks

The Volkswagen Operating Standards will appear on the left side of this book and the corresponding Excellence Benchmarks will appear on the right side of this book.

## GENERAL MANAGEMENT: FINANCIALS

There are no Excellence Benchmark requirements for General Management: Financials.

## GENERAL MANAGEMENT: INVENTORY

EB 1    Dealer equips and prominently displays a minimum of three Genuine Volkswagen Accessories (these can include port-installed accessories) on one or more showroom vehicles (i.e., either one vehicle with three accessories or three vehicles with at least one accessory).

EB 2    Dealer stocks a 30-day supply of CPO vehicles based on the CPO objective as defined in Dealer's Operating Standards Business Plan and identifies and prominently displays a minimum of one CPO vehicle in either the new or used car display area.

EB 3    CPO Literature is available in the dealership showroom.

# Operating Standards

## GENERAL MANAGEMENT: TRAINING

**OS 8**  All Volkswagen Dealer personnel participate in the VWoA-recommended training programs. In addition, each department's personnel (sales, parts, service non-techs and tech) must have completed a minimum of 70 percent of the total required <u>departmental</u> credits for either the prior calendar year or the current calendar year (i.e., 70 percent of all required credits for everyone in sales; 70 percent of all required credits for everyone in parts). No one person can contribute more than 50 percent of the category total.

**OS 9**  Volkswagen Sales Consultants are knowledgeable about Volkswagen-advertised financing, leasing, marketing programs and product information and can communicate effectively with Internet shoppers.

**OS 10**  MAX is accessible by all employees in a designated training or employee area on- or off-site.

# Excellence Benchmarks

## GENERAL MANAGEMENT: TRAINING

EB 4    All Volkswagen Dealer personnel participate in the VWoA-recommended training programs. In addition, the dealership must have 70 percent of its individuals certified —by role classification— for either the prior calendar year or the current calendar year (i.e., 70 percent of all Sales Consultants, 70 percent of all the Technicians, etc.). Role classification is defined by the role the individual is listed as in the Academy Learning Management Center (LMC).

To assist you in tracking achievement of Operating Standards and Excellence Benchmarks, we have enclosed CDs that include a printable, onscreen checklist for easy use at your dealership.

# Operating Standards

## GENERAL MANAGEMENT: HUMAN RESOURCES

OS 11   A General Manager, approved by VWoA, is required.

...........................................................................................................

OS 12   Dealer has such staff as to meet or exceed customer expectations as defined in Dealer's Operating Standards Business Plan.

...........................................................................................................

OS 13   All customer contact personnel are dressed in accordance with Dealer's dress code.

...........................................................................................................

# Excellence Benchmarks

## GENERAL MANAGEMENT: HUMAN RESOURCES

EB 5    Dealer has an identified Internet Sales Manager to oversee all Internet operations. Identified person may hold more than one role at dealership.

EB 6    Volkswagen Sales Consultants and Service Advisors are 100-percent exclusive to the Volkswagen Brand.

EB 7    All customer contact personnel are dressed in accordance with their role. At a minimum: Sales and Service Consultants: Business casual. Management: Business casual. Technicians and Parts Consultants: Uniforms or standardized shirts.

EB 8    All customer contact personnel are provided Volkswagen-exclusive business cards and name tags. The employee's name and Dealer name are clearly identified, on either their clothing or a name tag or a combination of both.

EB 9    An organizational chart is available for all departments and clearly identifies key titles and names within the dealership.

EB 10   A documented set of expectations are provided to and discussed with each employee. This can be in the form of a job description.

EB 11   Dealer provides a formalized orientation program for all new employees before they are permitted to interact with customers.

EB 12   Dealer has a mentoring or apprenticeship process in place for both Sales and Service.

EB 13   Dealer has a documented employee evaluation process in place and can show that evaluations were conducted with each employee within the last 12 months.

# Operating Standards

## GENERAL MANAGEMENT: HUMAN RESOURCES, cont.

There are no additional Operating Standards requirements for General Management: Human Resources.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## GENERAL MANAGEMENT: TECHNOLOGY

OS 14    Dealer is required to meet VWoA IT/Internet Standards as published from time to time in the Technology Requirement and Guideline book, published on *vwhub.com*. At Operating Standards, this includes, but is not limited to, persistent Internet access with firewalls on at least one computer in each department (Sales, F&I, Service and Parts), and ALL access must be high-speed.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

OS 15    Dealer has a Volkswagen-sponsored Web site that is linked to vw.com and conforms to Corporate Identity Standards as defined in the Corporate Identification and Trademark Supplement.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

OS 16    Dealer displays through vw.com a selection of new and used authorized Volkswagen automobiles.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

OS 17    Dealer has at least two extranet administrators registered for vwhub.com at all times.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

OS 18    Dealer utilizes the Volkswagen Lead Management tool for all Volkswagen-generated leads.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# Excellence Benchmarks

## GENERAL MANAGEMENT: HUMAN RESOURCES, cont.

EB 14    Dealer sponsors at least one employee event per year and can show that one has been conducted within the last 12 months.

EB 15    Dealer conducts an annual employee satisfaction survey, shares the results with all employees and has action plans in place. Must show that one has been conducted within the last 12 months.

## GENERAL MANAGEMENT: TECHNOLOGY

EB 16    Dealer is required to meet VWoA IT/Internet Standards as published from time to time in the Technology Requirement and Guideline Book, published on vwhub.com. At the Excellence level, this includes, but is not limited to, specific requirements for number of PCs/printers with Internet access by role classification.

EB 17    Dealer has a minimum of one key customer contact person in both Sales and Service who has Internet receipt capabilities (i.e., pager, cell phone, etc.).

EB 18    Through vw.com, Dealer implements advanced interactive Web site functionality, including but not limited to, up-to-date new and used vehicle inventory, specification and photos, test-drive and service-appointment scheduling. Links to sites which include other brands are prohibited.

EB 19    80 percent of Dealer's customer contact personnel, as defined in the Academy LMC, are registered users of vwhub.com.

EB 20    Dealer has an application or documented process that is used for the follow-up/tracking of all sales traffic (showroom, phone and all other Internet leads).

EB 21    All customer contact personnel have email addresses and access to the department Internet terminal.

# Operating Standards

## FACILITY

OS 19    Dealer complies with the facility requirements as defined in the Volkswagen Facility Supplement. Marketplace Dealers must also comply with additional components specific to their Marketplace level.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

OS 20    All primary and secondary signs conform to Volkswagen's Corporate Identity and Trademark Requirements as defined in the Volkswagen Corporate Identification and Trademark Supplement.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

OS 21    Authorized Volkswagen trademarks, including the distinctive logo, will be used exclusively for the identification, advertising and promotion of Volkswagen products and services, as defined in the Volkswagen Corporate Identification and Trademark Supplement.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

OS 22    Dealer's hours of operation for Sales, Service and Parts meet or exceed competitive market average as determined by Dealer and Area Team.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

OS 23    Dealer utilizes either a live or electronic answering service that directs customers to requested department/person in a timely manner.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

There are no additional Operating Standards requirements for Facility.

# Excellence Benchmarks

## FACILITY

**EB 22**    If required for customer orientation, interior signage clearly directs customers to dealership Sales, Service and Parts departments and to key customer amenities, such as the service reception, waiting areas, children's play area and to restrooms, as defined in the Volkswagen Corporate Identification and Trademark Supplement.

**EB 23**    Only Genuine Volkswagen Parts and Accessories are displayed on an exclusive Volkswagen display in a separated Volkswagen boutique area.

**EB 24**    The VW service reception and write-up areas are dedicated and clearly identified as the Volkswagen Brand, readily apparent to the customer and weather-protected for customer comfort and convenience. Refer to the Volkswagen Facility Supplement for specific Marketplace requirements.

**EB 25**    Dealer's hours of operation allow for customer service in Sales, Service and Parts that include a minimum of five evening hours (past 6 p.m.) and four Saturday hours, as permitted by local codes, unions, Dealer associations, etc. "Full Service" includes a minimum of oil change and light repair/maintenance capabilities.

**EB 26**    When customers call Dealer's Premises, they reach a live Volkswagen representative who answers promptly with the Dealer name and transfers the call appropriately. If more than one brand is represented, Dealer's generic name is given without identification of any brand (i.e., ABC Motors).

**EB 27**    "On-hold" messages are either Volkswagen-specific or generic (advertising, music, live radio, etc.)

**EB 28**    After hours, a telephone answering system allows customers to leave a message for a return call the next business morning. If more than one brand is represented, Dealer's generic name is given without identification of any brand (i.e., ABC Motors).

# Operating Standards

## FACILITY, cont.

There are no additional Operating Standards requirements for Facility.

# Excellence Benchmarks

## FACILITY, cont.

EB 29    Dealer provides a variety of hot and cold complimentary beverages on Dealer's Premises (when not apparent, signage should indicate that beverages are for customer consumption and are complimentary).

EB 30    Customer waiting area is equipped with telephones and a television and has current newspapers, magazines and Volkswagen-supplied point-of-sale material.

EB 31    Dealer provides a dedicated customer business area that includes a minimum of two tabletops, two computer portals, notepads and pens.

EB 32    Diaper-changing stations are present in at least one men's and one women's customer restroom on Dealer's Premises. Off-site Service facilities offer the same.

# Operating Standards

## SALES

**OS 24    Dealer has a documented Sales process for Internet Inquiry, Meet & Greet, Needs Discovery, Product Presentation, Negotiation, Delivery and Follow-up that includes, but is not limited to:**

..........................................................

a.  Responding to all Internet sales inquiries.

..........................................................

b.  Greeting customers courteously and promptly.

..........................................................

c.  Discovering and understanding customer needs and preferences.

..........................................................

d.  Customizing product presentations to fit each customer's needs.

..........................................................

e.  Offering all qualified customers a test-drive.

..........................................................

f.  Utilizing a consistent negotiation process.

..........................................................

g.  Explaining the trade-in process and criteria for arriving at a fair trade-in value.

..........................................................

h.  Explaining all F&I options (credit applications and contracts) by a qualified employee.

..........................................................

i.  Providing customer a detailed car that is clean inside and out and free of problems at time of delivery.

..........................................................

# Excellence Benchmarks

## SALES

**EB 33    Dealer has a documented Sales process for Internet Inquiry, Meet & Greet, Needs Discovery, Product Presentation, Negotiation, Delivery and Follow-up that includes, but is not limited to:**

a. Responding to all Internet sales inquiries within two business hours; if an auto-response is used (an immediate standard response), a specific response to the customer request is sent within four business hours.

b. Utilizing a consultative needs-discovery process to meet individual customer product and process preferences.

c. Customizing the product presentation based on each customer's needs and time.

d. Utilizing a customized test-drive. If requested, Dealer will deliver test-drive vehicle to customer's home or office.

e. Allowing for overnight and/or weekend test-drives to qualified prospects.

f. Treating all new and CPO deliveries as special events in a dedicated delivery area on premises or tailored to suit individual customer needs and time.

g. Introducing new and CPO customers at time of delivery to all key managers and contact personnel (Service, Parts, etc.).

h. Discussing at time of delivery Dealer's service hours of operation and offering to set the customer's first maintenance appointment. If first maintenance appointment is set, customer will be given a confirmation reminder within 48 hours of the appointment.

i. Delivering all new and CPO vehicles with a full tank of fuel.