# Operating Standards

## SALES, cont.

j. Discussing all limited warranties, roadside assistance, service and maintenance intervals with customer at time of delivery.

k. Completing a Volkswagen Perfect Delivery Checklist (all three sections completed), including signatures, with a copy given to the customer at time of delivery.

l. Following up with all customers (sold and prospects) in a timely manner.

# Excellence Benchmarks

## SALES, cont.

j. Following up with all new and CPO customers (sold and prospects) by phone or by customer's preferred method of contact within 72 business hours.

k. Acknowledging customers when they are in for service by their Sales Consultant.

l. Assigning orphaned sales customers to Sales Consultant(s) or Manager.

# Operating Standards



## SERVICE

**OS 25** Dealer has a documented Service process for Internet Inquiry, Service Appointment, Meet & Greet, Service Write-up, Customer Communication during repair, Service Dispatch, Vehicle Diagnosis & Repair, Quality Check, Delivery and Follow-up that includes, but is not limited to:

a. Responding to all Internet service inquiries.

b. Answering all calls into the service department promptly and courteously.

c. Utilizing a formal appointment scheduling process that includes appointments throughout the day (paper or electronic) and scheduling of all maintenance and repair appointments within one week of customer's request.

d. Greeting all customers arriving for service promptly and courteously.

e. Effectively questioning customers by Service Advisor to ensure understanding of the required repair by customer and Technician.

f. Proactively informing the customer of status during repair process.

g. Utilizing a formalized paper or electronic dispatching process.

# Excellence Benchmarks

## SERVICE

**EB 34** Dealer has a documented Service process for Internet Inquiry, Service Appointment, Meet & Greet, Service Write-up, Customer Communication during repair, Service Dispatch, Vehicle Diagnosis & Repair, Quality Check, Delivery and Follow-up that includes, but is not limited to:

a. Responding to all Internet service inquiries within two business hours; if an auto-response is used (an immediate standard response), a specific response to the customer request is sent within four business hours.

b. Offering a replacement vehicle, loaner vehicle, rental car or shuttle that is clean and well cared for at the time of scheduling appointment (by phone, email, in person, etc.). In each case, an authorized Volkswagen product is used. Same day can be addressed with a shuttle. (Note: Vans used as shuttles may also be other makes.) Shuttle hours are adequate to accommodate customer's needs and are posted in a highly visible area.

c. Consistently providing customers a Volkswagen loaner or rental at no cost for all overnight warranty repairs (as permitted by local statutes and regulations).

d. Utilizing a formal paper or electronic appointment scheduling process that spaces appointments throughout the day. All maintenance and repair appointments are scheduled within three business days of customer's request.

e. Allowing for walk-in customers or emergency situations within Dealer's formal appointment process.

f. Describing vehicle problem as stated by the customer as clearly as possible on the R.O., in terms that the customer and Technician can understand.

g. Reviewing with customer, at time of write-up, the work that will be done, and providing a copy of the R.O. to customer with accurate cost and time estimates.

# Operating Standards

## SERVICE, cont.

- h. Testing by Technicians and using proper tools and procedures to complete repairs as listed on the R.O.
- i. Utilizing a formal quality check process.
- j. Reviewing the invoice prior to or at time of delivery with all customers by a knowledgeable person.
- k. Utilizing a formalized follow-up process.

OS 26   All Service, Parts and Warranty literature is complete and up to date, and Technicians have access to all electronic technical information.

OS 27   Service department is equipped with all the minimum required tools as defined by VWoA from time to time.

OS 28   Service Manager conducts an annual tool inventory and has a process in place to ensure regular maintenance is conducted on tools and equipment.

# Excellence Benchmarks

## SERVICE, cont.

h. Providing to customers the option to drive the vehicle with a qualified Dealership Service Representative to demonstrate problem(s).

i. Actively checking the progress of R.O.s (by Service Advisor/Manager), and notifying customer as soon as possible if parts or other delays are encountered as well as when repair is complete. Notations are made on the R.O.

j. Noting on the R.O. instances when a customer refuses to have a necessary repair completed.

k. Quality checking each job for proper operation and resolution of customer concern by the Technician prior to delivery and documenting such quality checks.

l. Allowing customers to pick up their vehicles after hours and to authorize payment (prior to pick-up) of the repairs without being present.

m. Returning vehicles clean after service unless declined by customer (car wash coupons acceptable).

n. Following up within 72 business hours by phone or by customer's preferred method of contact for all service customers.

o. Contacting all "no-show" service customers within 24 hours of their scheduled appointment for inquiry of the missed appointment and attempting to reschedule the appointment.

EB 35  Dealer has a process in place to accommodate a 30-minute oil change (time period excludes car wash).

EB 36  A clean, organized, dedicated Volkswagen workstation or desk is available for each Service Advisor.

# Operating Standards

## SERVICE, cont.

There are no additional Operating Standards requirements for Service.

## PARTS

**OS 29  Dealer has a documented Parts process for Meet & Greet, Provide and/or Order Parts, Parts Receiving & Stocking and Technician/Wholesale/Retail Customer Follow-up that includes, but is not limited to:**

  a. Greeting and handling retail counter customers in a prompt and courteous manner.
  b. Utilizing a formal ordering process, including special orders.
  c. Making customers aware of applicable limited warranties for all parts purchased.
  d. Ensuring timely delivery of parts to Technicians with appropriately completed paperwork.
  e. Ensuring parts are inspected before issuing to Technicians and counter customers.
  f. Communicating parts receipt to Technicians and wholesale and retail customers.
  g. Communicating to customers when special-order parts have been received.
  h. Noting parts from external sources on customer invoices.

# Excellence Benchmarks

## SERVICE, cont.

EB 37   Dealer has conducted a minimum of two Owner Appreciation Events (i.e., New Owner Clinic) for new customers within the last 12 months.

EB 38   Dealer has conducted a minimum of one Owner Appreciation Event (i.e., Service Clinic) for service customers within the last 12 months.

## PARTS

EB 39   Dealer has a documented Parts process for Meet & Greet, Provide and/or Order Parts, Parts Receiving & Stocking and Technician/Wholesale/Retail Customer Follow-up that includes, but is not limited to:

   a. Responding to all Internet parts inquiries within two business hours; if an auto-response is used (an immediate standard response), a specific response to the customer request is required within four business hours.

EB 40   Dealer has a process to identify lost sales and takes corrective action, if necessary.

EB 41   Customers are quoted consistent pricing by all departments for dealer-installed options and accessories.