# Operating Standards

## CONTINUOUS IMPROVEMENT

OS 30 Dealer updates parts literature electronically as required by VWoA.

OS 31 Dealer will be notified from time to time of VWoA's Customer Loyalty Measurement process and required levels of performance.

OS 32 Dealer has a greeting process in place that includes escorting customers to appropriate areas and departments.

# Excellence Benchmarks

## CONTINUOUS IMPROVEMENT

**EB 42 Dealer has a Documented Customer Satisfaction Improvement process that includes, but is not limited to:**

**Measurements:**

a. Addressing all customer issues within 24 business hours and resolving them within three business days.

b. Reviewing the Dealer Case Closure system to ensure that all Customer Opportunity Bulletins are being resolved and closed within program time parameters.

c. Implementing a consistent customer retention process, including at least two activities, such as informing customers when required service is due, contacting customers at least five months prior to lease end, providing regular communication on Volkswagen products and service specials, using incentives and personalized cards or communications to encourage repeat business and identifying potential sales or service defections.

**Trend Analysis:**

d. Monitoring by Service Department the carryover and comeback rates to determine trends and taking corrective actions, if necessary.

e. Including customer feedback as part of the Sales, Service and Parts Department's continuous improvement process.

**Cause and Improvement:**

f. Scheduling and documenting regular efforts with employees (minimum monthly) to improve the efficiency of customer interactions and transactions by each of the Sales, Service and Parts Department management.



# 2 Appendix

# Appendix

## Financial Requirements

Financial Requirements for Volkswagen Dealers shall be determined by VWoA. These will include formulae for Net Working Capital, Owner's Equity and Wholesale Credit Line. These requirements are subject to change at any time, as conditions in the retail automobile business or in Dealer's business may warrant and will be reviewed no less frequently than annually. Once established, such Financial Requirements will remain in effect for Dealer until the next review. These Financial Requirements must be met and maintained by Dealer.

## Net Working Capital

Adequate Net Working Capital (Total Current Assets minus [-] Total Current Liabilities) is essential to meeting Dealer's day-to-day operating requirements. Dealer's Minimum Net Working Capital Requirements will be calculated as follows:

| Current Assets | Formulae |
|---|---|
| Cash and Equivalent | One month's average operating expense. A new Dealer's requirement will be one month's forecasted operating expense. |
| Accounts Receivable | One month's average Service, Paint and Body, Parts and Accessories Sales. A new Dealer's requirement will be one month's forecasted Service, Paint and Body, Parts and Accessories Sales. |
| Used Vehicle Inventory | Minimum 30-day's supply based on Dealer's used retail unit rate of travel, times (X) average unit retail cost of sales. A new Dealer's requirement will be a 30-day's supply of used retail units, based on a minimum of 0.5-to-1 ratio of Used-to-New. |
| Parts and Accessories Inventory | Minimum 1.5-months' supply, based on Dealer's average monthly cost of sales for Volkswagen Parts and Accessories. A new Dealer's requirement will be a 1.5-months' supply based on forecasted Volkswagen monthly cost of sales. (Other make[s] Parts and Accessories will be calculated as a 1.5-months' supply, based on cost of sales.) |
| Prepaid Expenses | One month's average operating expense, times (X) 20 percent. A new Dealer's requirement will be 20 percent of an average month's forecasted operating expense. |

For existing Dealership operations, New Working Capital Requirements will be calculated based on Dealer's financial history (12 months) and the 2004 Volkswagen Operating Standards Business Plan.

Adequate working capital is critical for Dealer's financial viability. While an existing Dealer or new Dealer applicant may appear to have adequate working capital, the actual allocation of working capital may place unacceptable financial limitations on Dealer and result in higher requirements. In these instances, Dealer's capital requirements will be established, based on Dealer's acquisition costs, actual experience or the Working Capital Requirements, whichever is higher.

Once established, such Financial Requirements will remain in effect for Dealer until the next review. These Financial Requirements must be met and maintained by Dealer.

## Owner's Equity

Owner's Equity shall be maintained at a minimum of 50 percent of Total Operating Investment plus (+) 100 percent of Land, Buildings and Improvements (less Mortgage Payable) plus (+) 100 percent of Investments and Advances.

## Wholesale Line of Credit

A wholesale line of credit dedicated solely toward the purchase of new Volkswagen vehicles shall be maintained with a reputable financial institution reasonably acceptable to VWoA. The minimum amount of this wholesale line of credit shall be in an amount determined by VWoA. VWoA shall determine this amount by dividing Dealer's Annual Planning Volume by six, resulting in Dealer's average 60-day supply, and multiplying that number of units by the average invoice amount of a new Volkswagen vehicle.

A current written letter of commitment in a form satisfactory to VWoA will be provided to VWoA by Dealer's financial institution. Dealer's financial institution will accommodate the vehicle drafting procedure employed by VWoA.

## Accounting and Reporting

Dealer's accounting and reporting, including Dealer's submission of Dealer's financial statement, shall be in accordance with the requirements of the Standard Provisions and Recommendations, which require submission on or before the tenth day of each calendar month. Dealer's failure to provide financial and operating statements in the format and by the method required by VWoA may result in the revocation of the Dealer's open Parts and Accessories account.

# Appendix

## Facility Checklist

The following is a list of items that are inherent in Operating Standard #19. All Volkswagen Dealers must meet each element in order to be compliant with Operating Standards. Details of the items below can be found in the Facility Supplement. A printable checklist version of these items can be found on the enclosed CD under the Brand Standards Checklist.

## Operating Standard #19

All Dealers will comply with the facility requirements as indicated in the Volkswagen Facility Supplement. Marketplace Dealers must also comply with additional components specific to their Marketplace level. See Appendix A in the Volkswagen Facility Supplement for specific details on Marketplace versus non-Marketplace requirements.

**In order to meet this Standard, every Dealer must meet all of the following criteria:**

- ☐ All Dealers' Premises are clean and maintained at all times.
- ☐ On-site parking and customer access areas are properly graded, hard-surfaced, lined and identified. Ample parking is available to accommodate sales, service and parts customers as identified in the Facility Supplement.
- ☐ Dealer's Premises is clearly identifiable at night as a Volkswagen Dealership (as permitted by local codes).
- ☐ Dealer's hours of operation for all departments and roadside assistance number are clearly posted at main customer entrances and on Dealer's VWoA-sponsored Web site and meet the guidelines as detailed in the Volkswagen Corporate Identification and Trademark Supplement. Brushed aluminum sign required on Marketplace Portal.
- ☐ The main entrance to Dealer's Premises is easily accessible by all customers.
- ☐ Dealer's Premises prominently displays Volkswagen branding elements as outlined in the Facility Supplement.

- ☐ Dealer provides an enclosed showroom or Volkswagen-approved new vehicle display area, in each case having space dedicated to Volkswagen products. Such area is of sufficient size to display the number of models in the Volkswagen vehicle line as outlined in Appendix A.
- ☐ Dealer provides a storage area as identified in the Facility Supplement. All off-site storage sites must be approved by VWoA and may only display signage approved by VWoA.
- ☐ Used vehicle display space is sufficient to display a 30-day supply of used vehicles based on Dealer's annual used-vehicle sales objective as identified in the Dealer's annual Operating Standards Business Plan.
- ☐ Separate used-vehicle facilities meet the color and material guidelines as detailed in the Facility Supplement.
- ☐ Dealer's Premises has a designated customer waiting area that reasonably and professionally accommodates the needs of customers who choose to remain at the facility while their vehicle is serviced.
- ☐ The VW Service Reception and Write-up areas are clearly identified and readily apparent to the customer. Service Reception is sized and designed to permit customers to conveniently leave vehicles on the premises for service, without the need to search for a parking place.
- ☐ Dealer utilizes the Volkswagen literature/brochure display rack to display up-to-date Volkswagen product brochures and promotional materials as provided by VWoA.
- ☐ Promotional displays are updated as new materials are provided by VWoA.
- ☐ Dealer meets the service capacity requirements as defined in the Operating Standards Business Plan.
- ☐ Dealer has a retail parts counter, separate from that used by the Service Department, and has a retail accessory display area.
- ☐ Interior windows are free from writing, logos, etc. Frosted tape (without logos) may be installed as a safety feature.

All Volkswagen Dealers must meet each element in order to be compliant with Operating Standards.

We have enclosed CDs that include a printable, onscreen Facility Checklist for easy use at your dealership.

# Appendix

## Corporate Identification and Trademark Checklist

The following is a list of items that are inherent in Operating Standards #20 and #21. All Volkswagen Dealers must meet each element in order to be compliant with Operating Standards. Details of the items below can be found in the Corporate Identification and Trademark Supplement. A printable checklist version of these items can be found on the enclosed CD under the Brand Standards Checklist.

### Operating Standard #20

All primary and secondary signs will conform to Volkswagen's Corporate Identity and Trademark Requirements as defined in the Volkswagen Corporate Identification and Trademark Supplement.

### Operating Standard #21

Authorized Volkswagen trademarks, including the distinctive logo, will be used exclusively for the identification, advertising and promotion of Volkswagen products and services as defined in the Volkswagen Corporate Identification and Trademark Supplement.

**In order to meet Operating Standards #20 and #21, all Dealers must meet each of the following criteria:**

- ☐ The minimum VWoA exterior corporate identity elements consist of the Ground Sign, Dealer signs, Dealer Nameplate and building fascia Clip as well as approved building colors, subject to local sign restrictions.
- ☐ VWoA corporate components cannot be used in conjunction with unauthorized identification elements, including but not limited to, Dealer Nameplates, Dealer-specific Symbols and Logos. Dealer will observe this restriction with respect to all Dealer product advertising (new, used, service, parts), Dealer's stationery and forms and in such other documents as VWoA may direct. Such use will at all times be in accordance with the Volkswagen Corporate Identification and Trademark Supplement.