**E-FILED**
Monday, 14 March, 2005  09:16:48 AM
Clerk, U.S. District Court, ILCD

☐ Dealer must not display any unauthorized Volkswagen logos.

☐ Dealer must not display any unauthorized banners, bunting, streamers, window painting, painted wall signs or balloons.

☐ All signs displayed are in accordance with the Volkswagen Corporate Identification and Trademark Supplement.

☐ As needed, interior signage clearly directs customers to Dealership Sales, Service and Parts departments and to key customer amenities, such as the service reception, waiting areas, children's play area and restrooms.

All Volkswagen Dealers must meet each element in order to be compliant with Operating Standards.

We have ... for easy use at your dealership.



**3**

**"Circle of Excellence"**

# "Circle of Excellence"

## New for 2004—

Each Dealer who is validated during 2004 as meeting all Experience Standards requirements or who achieves re-Validation during 2004 will become a Volkswagen "Circle of Excellence" Dealer. A "Circle of Excellence" Dealer signifies that Volkswagen has endorsed you as a Dealer providing the highest level of customer satisfaction and continuous improvement to your customers!

By prominently displaying your "Circle of Excellence" plaque in your customer waiting area, customers understand intuitively that you have been recognized by Volkswagen as a Dealer providing all-around "excellence."

Once you become a "Circle of Excellence" Dealer, we encourage you to use the logos provided in the Brand Standards section of the CD-ROM in your internal and external advertising (of course, in compliance with Corporate Identity and IDM guidelines) to let others know that you have achieved this auspicious level.



Circle of Excellence Dealer

A "Circle of Excellence" Dealer signifies that Volkswagen has endorsed you as a Dealer providing the highest level of customer satisfaction and continuous improvement to your customers!



# EXHIBIT D



# VOLKSWAGEN of America, Inc.

# Volkswagen Dealer Facility Supplement



# Navigation

Overview . . . . . .

**Marketplace Architecture:** . . . . . .
New Exclusive Stores or
Renovated Level A/B

Midsline Level C/D

Volkswagen / Audi Level C/D

**Marketplace Architecture:** . . . . . .
Materials, Finishes,
Lighting & Furnishings

**Marketplace Architecture:** . . . . . .
Implementation

**Marketplace Dealership** . . . . . .
**Branding**



1: Overview





# Introduction

## Overview

The dealership is where customers experience the Brand and its personality. Volkswagen has made a worldwide commitment to enhancing the Brand experience through implementation of the Volkswagen Marketplace facility design.

This new architecture and showroom concept centers on the creation of an inviting and friendly environment, unique to Volkswagen. Its versatile design allows for site-specific modifications while maintaining a globally consistent identity for the Brand. This Volkswagen Dealer Facility Supplement illustrates the global Marketplace design, adapted to meet our market requirements, and also contains the design's architectural and merchandising guidelines.

In addition, you will find facility guidelines that are designed to enhance the customer experience for non-Marketplace facilities.

