E-FILED
Monday, 14 March, 2005 09:19:58 AM
Clerk, U.S. District Court, ILCD

# Purpose & Usage

The Volkswagen Dealer Facility Supplement has been created as a resource for AE Region Teams and Dealers to utilize in achieving Volkswagen Brand Standards and for identifying the different types of Volkswagen facilities and their respective requirements, in both Marketplace or non-Marketplace environments. The Supplement also serves as a reference guide illustrating the design concept for the Volkswagen Marketplace in North America: a dealership environment that addresses site, architecture, signage, showroom fixtures, furniture, and finishes. This Supplement is not intended for use in developing a specific design for your dealership. Please refer to the detailed process guide in section 4 of this supplement for information on the process for completing a Marketplace facility.

The Marketplace Design encompasses a system of flexible architectural and graphic components that accommodate a variety of building types. Site-specific conditions may require modification of the standard design intent to maintain architectural and graphic consistency with the Volkswagen Marketplace. The design intent documents present an overview of the design and provide reference drawings for the planning of the various building types and the placement of branding elements. Each branding element is designed so that all components operate together.

The Volkswagen Marketplace Design reflects the high standards associated with the Brand and ensures that it is immediately recognizable. It creates an environment that is a combination of engineering and emotion… the key to the brand personality of Volkswagen.

The design criteria documents are intended to convey the design intent and finish material specifications. Use of these documents for actual construction or to obtain building permits is expressly forbidden. Compliance with all state and local building codes and ordinances, zoning codes, fire regulations, and ADA regulations is the responsibility of the licensed architect and engineer, and is beyond the scope of the design intent documents.

… the key to the Brand personality of Volkswagen.

1:04-cv-01306-JBM-BGC # 18-7 Page 2 of 8





# Glossary

### Brand
The traits or qualities of Volkswagen's people and products presented to the public. Every interaction, whether in words, images, showroom environments or services communicates the distinct company brand to our customers. The Volkswagen Brand is an essential element of our business plan and marketing strategy. Our Brand represents what we stand for and who we are.

### Brand Separation
In a multi-line, Brand Separated environment, customer contact areas for Volkswagen are separated from those of other brands. Once a customer enters a Brand Separated environment, Volkswagen is the only brand visible. For example, a customer in a brand separated service write-up area would not have exposure to another brand.

### Building Fascia
A horizontal section of the building that covers the joint between the top of the wall and the projected soffit.

### CI
Corporate Identification.

### Clip
Volkswagen logo sign.

### Color and Material Schedule
Materials and finishes for the interior and exterior of the facility.

### DCD
Design Criteria Document—Design set of CAD (computer aided drafting) drawings which convey site specific information pertaining to a specific "Marketplace" building.

### Dealer Nameplate
Exterior sign featuring the dealership name. To be installed in conjunction with a Volkswagen clip.

### Dedicated
An area designed and branded for the exclusive use of one brand that may have visibility to other brand areas.

### Elevation
The vertical projection of a building.

### Exclusivity
An exclusive dealer represents Volkswagen only, in all departments. There is no connection between an exclusive facility and any other adjacent facilities in which other brands, or non-Volkswagen operations are located. Typically, there is enough area surrounding an exclusive facility to permit a vehicle to drive around the facility. This is required in all departments for an A or B Marketplace facility.

### Facility Types
A, B, C, and D, Volkswagen/Audi C, and Volkswagen/Audi D: Facility designations for Marketplace dealerships indicating the level of exclusivity and branding. Specific detail regarding each designation is provided in Appendix A.

### Fixtures
Functional elements within the showroom which support daily operational needs. (such as brochure rack, brand image poster, etc.)

### Focal Wall Graphic
A one or two-story lifestyle image featured at the rear of the Marketplace showroom floor; it is designed to attract customers from the street; the graphic is updated on a seasonal basis and draws on the emotional relationship that customers have with cars, and, in particular, the American customer's fascination with Volkswagen models.

### Fritt glass
Laminated glass placed above the entry canopy; consists of 50% staggered 3/8" diameter white dots.

### Glazing
Transparent material used between the interior and exterior of the building.

### Ground sign
Primary brand sign to be installed in front of the Volkswagen dealership.

### Millwork
Woodwork (as doors, sashes, or trim) manufactured at a mill.

### Multi-Line
A dealer currently representing more than one Brand in any one department in a facility. For example, a dealer that has physical separation of showrooms with shared service operations is a multi-line dealer.

### Non-Marketplace Exclusive
A dealer meeting the requirements of exclusivity without the design components of Marketplace.

### Reflected Ceiling Plan
Plan drawing which identifies ceiling fixture type, location, and distance from the floor.

### Retail Display Fixtures
Branded elements which are designed to display accessory items within the showroom.

### Rolling Slat Wall
Mobile retail display for Driver Gear.

### Snaplock
Framing system for Marketing posters.



### Soffit
The underside of a building overhang.

### Trilon
The freestanding, three-sided post or pole form of signage used to identify Volkswagen products and their features; these signs are used for high impact and visibility purposes.

[illegible] [illegible] Volkswagen [illegible] different. Because [illegible] **understanding the Marketplace easier.** [illegible] **knowledge.**

1:04-cv-01306-JBM-BGC # 18-7 Page 4 of 8









# General Guidelines

The display of Authorized Products and the delivery of the desired Volkswagen customer experience are most effective in a facility that provides Volkswagen brand separation for the sale and service of Authorized Automobiles.

Volkswagen of America, Inc. ("VWoA") has developed a specific facility design concept for Volkswagen dealer premises, called the "Volkswagen Marketplace," that satisfies brand separation facility requirements and provides a friendly environment for Volkswagen customers. The Volkswagen Marketplace is based on a worldwide facility design concept intended to strengthen the image of the Volkswagen brand and is a part of the Volkswagen Dealer Operating Standards ("Operating Standards").

Facilities approved for Dealer's Operations prior to the effective date of the Operating Standards may continue to be operated; however, as part of the Operating Plan, Dealer and VWoA agree to develop action plans intended to bring Dealer's facilities into substantial compliance with the Operating Standards and Marketplace Standards.

The following is a list of items that are inherent in Operating Standard #19. All Volkswagen Dealers must meet each element in order to be compliant with Operating Standards. A printable checklist version of these items can be found on this CD under the Brand Standards Checklist.

## Operating Standard #19

In order to meet this Standard, every Dealer must meet all of the following criteria:

**a.** All Dealers' Premises are clean and maintained at all times.

**b.** On-site parking and customer access areas are properly graded, hard-surfaced, lined and identified. Ample parking is available to accommodate sales, service and parts customers as identified in the Volkswagen Dealer Facility Supplement.

**c.** Dealer's Premises are clearly identifiable at night as a Volkswagen dealership (as permitted by local codes).

**d.** Dealer's hours of operation for all departments and roadside assistance number are clearly posted at main customer entrances and on Dealer's VWoA-sponsored website, and meet the guidelines as detailed in the Volkswagen Dealer Corporate Identification and Trademark Supplement. Brushed aluminum sign required on Marketplace portal.

**e.** The main entrance to Dealer's Premises is easily accessible by all customers.

**f.** Dealer's Premises prominently displays Volkswagen branding elements as permitted by Marketplace standards. Dealer satisfies minimum requirements for VWoA-approved Corporate Identity elements, building colors and design elements.

**g.** Dealer provides an enclosed showroom or VWoA-approved new vehicle display area, in each case having space dedicated to Volkswagen products. Such area is of sufficient size to display the number of models in the Volkswagen vehicle line as provided in Appendix A.

h. Dealer provides a storage area as identified in the Volkswagen Dealer Facility Supplement. All off-site storage sites must be approved by VWoA and may only display signage approved by VWoA.

i. Certified Pre-Owned (CPO) display space is sufficient to display a 30-day supply of CPO vehicles based on Dealer's annual used vehicle sales objective as identified in the Dealer's annual Operating Standards Business Plan.

j. Separate CPO vehicle facilities meet the color and material guidelines as detailed in Section 3 of the Volkswagen Dealer Facility Supplement.

k. Dealer's Premises has a designated customer waiting area that reasonably and professionally accommodates the needs of customers who choose to remain at the facility while their vehicle is serviced.

l. The Volkswagen Service Reception and Write-up areas are clearly identified and readily apparent to the customer. Service reception is sized and designed to permit customers to conveniently leave vehicles on the premises for service, without the need to search for a parking place.

m. Dealer utilizes the Volkswagen literature/brochure display rack to display up-to-date Volkswagen product brochures and promotional materials as provided by VWoA.

n. Promotional displays are updated as new materials are available from VWoA.

o. Dealer meets the service capacity requirements as defined in the Operating Standards Business Plan.

p. Dealer has a retail parts counter, separate from that used by the Service Department, and has a retail accessory display area.

q. Interior windows are free from writing, logos, etc. Frosted tape (without logos) may be installed as a safety feature.

## New Facilities, Relocations, Changes of Ownership & Renovations

All new facilities and relocations shall conform in all respects to the Operating Standards, including the Volkswagen Marketplace concept and minimum facility guidelines as specifically detailed in Appendix A.

In the case of a change of ownership of Dealer, the new dealer will be required to conform in all respects to the Operating Standards, including the Volkswagen Marketplace concept and minimum facility guidelines as specifically detailed in Appendix A.

All facility renovations shall conform in all respects to the Operating Standards, including the minimum exterior and interior Corporate Identity elements of the Volkswagen Marketplace concept as outlined in these Standards and as specifically detailed in Appendix A.

**Rob Nolan**
Corporate Controller
Robert Larson Automotive Group
Tacoma, WA

"The unique, modern Marketplace design attracts customers, young and old, to see our building and the VW products. It gives us ample room for display of vehicles and parts. The bright lighting, huge window areas and cheery colors keep positive attitudes among our staff and customers, which can be particularly helpful during the dark and rainy winters here in the Northwest."

1:04-cv-01306-JBM-BGC # 18-7 Page 6 of 8



# Facility Display Guidelines



| | Sales Area | | | Service Area | | | | | Parts Area | | Other | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Vehicle Sales | Showroom Unit | Showroom Sq. Ft. | Sales Offices | # of Productive Workstalls | Wash Stalls | Stalls Sq. Ft. | Tool & Equipment Room | Service Manager's Office | Parts Storage Sq. Ft. | Parts Manager's Office | Admin Offices Sq. Ft. | New Vehicle Sales Objectives |
| 50 | 4 | 1,200 | 2 | 4 | 1 | 1,320 | 1 | 1 | 700 | 1 | 500 | 50 |
| 100 | 4 | 1,200 | 2 | 5 | 1 | 1,584 | 1 | 1 | 875 | 1 | 500 | 100 |
| 150 | 4 | 1,200 | 2 | 5 | 1 | 1,584 | 1 | 1 | 875 | 1 | 600 | 150 |
| 200 | 4 | 1,800 | 2 | 6 | 1 | 1,848 | 1 | 1 | 1050 | 1 | 600 | 200 |
| 250 | 4 | 1,800 | 3 | 7 | 1 | 2,112 | 1 | 1 | 1225 | 1 | 700 | 250 |
| 300 | 4 | 1,800 | 3 | 7 | 1 | 2,112 | 1 | 1 | 1225 | 1 | 700 | 300 |
| 350 | 5 | 2,250 | 4 | 8 | 1 | 2,376 | 1 | 1 | 1400 | 1 | 800 | 350 |
| 400 | 5 | 2,250 | 4 | 10 | 1 | 2,904 | 1 | 1 | 1750 | 1 | 800 | 400 |
| 450 | 5 | 2,250 | 5 | 10 | 1 | 2,904 | 1 | 1 | 1750 | 1 | 1,000 | 450 |
| 500 | 5 | 2,250 | 5 | 11 | 1 | 3,168 | 1 | 1 | 1925 | 1 | 1,000 | 500 |
| 550 | 5 | 2,250 | 6 | 12 | 1 | 3,432 | 1 | 1 | 2100 | 1 | 1,200 | 550 |
| 600 | 6 | 2,700 | 6 | 12 | 1 | 3,432 | 1 | 1 | 2100 | 1 | 1,200 | 600 |
| 650 | 6 | 2,700 | 7 | 13 | 1 | 3,696 | 1 | 1 | 2275 | 1 | 1,400 | 650 |
| 700 | 6 | 2,700 | 7 | 14 | 1 | 3,960 | 1 | 1 | 2450 | 1 | 1,400 | 700 |
| 750 | 7 | 3,150 | 8 | 15 | 1 | 4,224 | 1 | 1 | 2625 | 1 | 1,600 | 750 |
| 800 | 7 | 3,150 | 8 | 16 | 1 | 4,488 | 1 | 1 | 2800 | 1 | 1,600 | 800 |
| 850 | 7 | 3,150 | 9 | 17 | 1 | 4,752 | 1 | 1 | 2975 | 1 | 1,800 | 850 |
| 900 | 7 | 3,150 | 9 | 18 | 1 | 5,016 | 1 | 1 | 3150 | 1 | 1,800 | 900 |
| 950 | 7 | 3,150 | 10 | 19 | 1 | 5,280 | 1 | 1 | 3325 | 1 | 2,000 | 950 |
| 1,000 | 8 | 3,600 | 10 | 20 | 1 | 5,544 | 1 | 1 | 3500 | 1 | 2,000 | 1,000 |
| 1,100 | 8 | 3,600 | 12 | 22 | 1 | 6,072 | 1 | 1 | 3850 | 1 | 2,200 | 1,100 |
| 1,200 | 8 | 3,600 | 12 | 24 | 1 | 6,600 | 1 | 1 | 4200 | 1 | 2,200 | 1,200 |
| 1,300 | 8 | 3,600 | 13 | 26 | 1 | 7,128 | 1 | 1 | 4550 | 1 | 2,400 | 1,300 |
| 1,400 | 8 | 3,600 | 14 | 28 | 1 | 7,656 | 1 | 1 | 4900 | 1 | 2,400 | 1,400 |
| 1,500 | 8 | 3,600 | 15 | 30 | 1 | 8,184 | 1 | 1 | 5250 | 1 | 2,500 | 1,500 |
| 1,700 | 8 | 3,600 | 16 | 38 | 1 | 10,296 | 1 | 1 | 6650 | 1 | 2,700 | 1,700 |
| 2,000 | 8 | 3,600 | 18 | 44 | 1 | 11,880 | 1 | 1 | 7700 | 1 | 2,900 | 2,000 |

| Total Land Sq. Ft. | Total Land Acres | New Vehicle Storage & Display | | Used Vehicle Storage & Display | | Service Parking & Storage | | Customer & Employee Parking | |
|---|---|---|---|---|---|---|---|---|---|
| | | Number | Sq. Ft. | Number | Sq. Ft. | Number | Sq. Ft. | Number | Sq. Ft. |
| 33,000 | 0.7 | 14 | 2,800 | 3 | 600 | 20 | 4,000 | 12 | 2,400 |
| 34,600 | 0.8 | 17 | 3,400 | 6 | 1,200 | 24 | 4,800 | 15 | 3,000 |
| 37,000 | 0.8 | 25 | 5,000 | 9 | 1,800 | 24 | 4,800 | 19 | 3,800 |
| 41,000 | 0.9 | 33 | 6,600 | 13 | 2,600 | 28 | 5,600 | 24 | 4,800 |
| 45,000 | 1.0 | 42 | 8,400 | 16 | 3,200 | 32 | 6,400 | 28 | 5,600 |
| 50,760 | 1.2 | 50 | 10,000 | 19 | 3,800 | 32 | 6,400 | 32 | 6,400 |
| 56,400 | 1.3 | 58 | 11,600 | 22 | 4,400 | 36 | 7,200 | 36 | 7,200 |
| 65,900 | 1.5 | 67 | 13,400 | 25 | 5,000 | 44 | 8,800 | 41 | 8,200 |
| 71,000 | 1.6 | 75 | 15,000 | 28 | 5,600 | 44 | 8,800 | 44 | 8,800 |
| 76,100 | 1.7 | 83 | 16,600 | 31 | 6,200 | 48 | 9,600 | 50 | 10,000 |
| 81,300 | 1.9 | 92 | 18,400 | 34 | 6,800 | 52 | 10,400 | 53 | 10,600 |
| 86,600 | 2.0 | 100 | 20,000 | 37 | 7,400 | 52 | 10,400 | 57 | 11,400 |
| 91,800 | 2.1 | 108 | 21,600 | 41 | 8,200 | 56 | 11,200 | 60 | 12,000 |
| 96,800 | 2.2 | 117 | 23,400 | 44 | 8,800 | 60 | 12,000 | 63 | 12,600 |
| 102,900 | 2.4 | 125 | 25,000 | 47 | 9,400 | 64 | 12,800 | 66 | 13,200 |
| 111,600 | 2.6 | 133 | 26,600 | 50 | 10,000 | 68 | 13,600 | 69 | 13,800 |
| 116,900 | 2.7 | 142 | 28,400 | 53 | 10,600 | 72 | 14,400 | 72 | 14,400 |
| 122,300 | 2.8 | 150 | 30,000 | 56 | 11,200 | 76 | 15,200 | 75 | 15,000 |
| 127,500 | 2.9 | 158 | 31,600 | 59 | 11,800 | 80 | 16,000 | 78 | 15,600 |
| 137,000 | 3.1 | 167 | 33,400 | 62 | 12,400 | 84 | 16,800 | 80 | 16,000 |
| 147,300 | 3.4 | 183 | 36,600 | 69 | 13,800 | 92 | 18,400 | 87 | 17,400 |
| 157,200 | 3.6 | 200 | 40,000 | 75 | 15,000 | 100 | 20,000 | 94 | 18,800 |
| 168,400 | 3.9 | 217 | 43,400 | 81 | 16,200 | 108 | 21,600 | 99 | 19,800 |
| 182,600 | 4.2 | 233 | 46,600 | 87 | 17,400 | 116 | 23,200 | 103 | 20,600 |
| 192,600 | 4.4 | 250 | 50,000 | 94 | 18,800 | 124 | 24,800 | 105 | 21,000 |
| 215,100 | 4.9 | 283 | 56,600 | 106 | 21,200 | 156 | 31,200 | 116 | 23,200 |
| 243,900 | 5.6 | 333 | 66,600 | 125 | 25,000 | 180 | 36,000 | 126 | 25,200 |

**Bob Campbell**
Owner
KarMART Volkswagen
Burlington, WA

"The employee response to the Marketplace building has been the brightest spot in our decision to build the Marketplace facility. By improving the professionalism of the facility and its appearance, I have seen a direct result in improved professionalism and appearance of the entire staff. I am a firm believer in the philosophy that the true strength and value of my franchise comes from my employees and the employees have responded to the investment in Marketplace well beyond my expectations."


2
Marketplace
Architecture:
New Exclusive Stores or
Renovated Level A/B
Multi-line Level C/D
Volkswagen / Audi Level C/D
2