1:04-cv-01306-JBM-BGC # 18-8 Page 1 of 8
Monday, 14 March, 2005
Clerk, U.S. District

# Introduction to Marketplace

Faced with growing competition in both enhancing the customer experience and ensuring customer satisfaction and loyalty, the Volkswagen Group developed a showroom concept that would allow our Brand message to consistently reach our customers. The internal design group based at Volkswagen AG's corporate headquarters in Germany developed a prototype showroom design for use in Europe; it was rolled out globally with a program we called "Marketplace."

The Marketplace represents our worldwide commitment to enhancing the customer's Volkswagen Brand experience at the dealership level. We offer customers a completely new showroom based on the concept of a European marketplace, where retail products and services are conveniently located within the heart of the showroom; in this case, the center. From this point the showroom support spaces (sales, finance and management) radiate and capture the essence and the importance of the center. The customer!

The Marketplace creates an environment that portrays a consistent Brand message in all areas of customer contact across our entire global dealership network. The design is based on a variety of branding components – some architectural, some graphic, some experiential – that provide a recognizable identity for all dealerships in the program. The North American Marketplace program features more than 20 different branding elements that work in unison within a distinctive architectural framework. Each element supports how we sell cars in the North American market, while being sensitive to our overall global brand image.



The decision to create a sophisticated branded showroom environment parallels Volkswagen's move toward broader and more upscale product offerings. The Marketplace concept creates the ideal atmosphere for showcasing new and upcoming product lines.

[illegible] **redefines the Brand.** [illegible]

[illegible] **our Brand is a promise.**

[illegible]

# Side Elevation: Type A Facility



# Front Elevation: Type A Facility




[illegible] **strong exterior elements** [illegible] **instantly recognizable to the public.** [illegible]

1:04-cv-01306-JBM-BGC # 18-8 Page 4 of 8

# Facility Types



## Type A
## Exclusive Volkswagen Building

SERVICE

PARTS

SHOWROOM

ENTRY

- **Exclusive "stand alone" building**
- **Exclusive sales, service & parts**
- **Incorporates all branding elements**
- **No shared operations of any kind**

## Required Branding Elements

### Exterior

- Signage to include ground sign, Volkswagen Clip and Dealer Nameplate
- Volkswagen directional signage
- Entry portal and canopy
- Louvered canopy on showroom roof line (sunshade)
- Exterior color and material palette
- Ten degree sloped glazing for showroom storefront
- Outdoor Banners (3 maximum) - If allowed by zoning

### Interior

**Required Areas**
- Parts and accessories retail area w/slat-wall display
- New vehicle delivery area
- Children's play area
- Customer business center
- Exclusive Volkswagen customer waiting area
- Exclusive Volkswagen parts
- Exclusive Volkswagen service write-up and workshop
- Exclusive Volkswagen cashier
- Exclusive Volkswagen sales
- Visibility into service department

**Required Elements**
- Interior departmental and directional signage
- Radius floor plan and tile pattern
- Curved back wall
- Two story focal point wall graphic
- Approved lighting package
- Vintage posters (8 minimum)
- Color and material palette
- Product trilons (4 minimum)
- Poster stands (3 minimum)
- Volkswagen-approved furniture
- Accommodate future computer kiosk with Internet access
- Brochure rack
- Reception Desk (recommended)

# Facility Types

## Type B
## Exclusive Volkswagen Building

SERVICE

PARTS

SHOWROOM

ENTRY

- **Exclusive "stand alone" building**
- **Exclusive sales, service & parts**
- **No shared operations of any kind**
- **Type B facilities generally have the same exterior and interior requirements as a Type A facility except for the following:**
  - 10 degree sloped glazing
  - Louvered canopy on showroom roof line (sunshade)
  - Aluminum fascia

## Required Branding Elements

### Exterior

- Signage to include ground sign, Volkswagen Clip and Dealer Nameplate
- Entry portal and canopy
- Exterior color and material palette
- Outdoor Banners (3 maximum) - If allowed by zoning

### Interior

**Required Areas**

- Parts and accessories retail area with slat-wall display
- New vehicle delivery area
- Children's play area
- Customer business center
- Exclusive Volkswagen customer waiting area
- Exclusive Volkswagen parts
- Exclusive Volkswagen service write-up and workshop
- Exclusive Volkswagen cashier
- Exclusive Volkswagen sales

**Required Elements**

- Interior departmental and directional signage
- Radius floor plan and tile pattern
- Curved back wall
- One or Two story focal point wall graphic
- Approved lighting package
- Vintage posters (8 minimum)
- Color and material palette
- Product trilons (4 minimum)
- Poster stands (3 minimum)
- Volkswagen approved-furniture
- Accommodate future computer kiosk with Internet access
- Brochure rack
- Reception Desk (recommended)

**Doug Findlay**
Findlay Volkswagen
Henderson, NV

**"We feel that the Marketplace is awesome! We always get comments from the customers on our building on how "cool, contemporary, and clean" our facility is. The layout is really nice. A tour of the building and its departments followed up with a delivery really goes well. Our Marketplace, brand standards, and products have made it much easier for our team and our customers."**

# Facility Types



## Type C Separate Showrooms




## Type C Separate Buildings




- **Brand Separated or Exclusive "stand alone" showroom**
- **Brand Separate, dedicated service write-up**
- **Combined workshop & parts storage acceptable**
- **Type C facilities generally have the same exterior and interior requirements as a Type A facility, except the following are not required:**
  - 10 degree sloped glazing
  - Louvered canopy on showroom roof line (sunshade)
  - Aluminum fascia

## Required Branding Elements

### Exterior

- Signage to include ground sign, Volkswagen Clip and Dealer Nameplate
- Entry portal and canopy
- Exterior color and material palette
- New horizontal glazing for showroom storefront
- Outdoor Banners (3 maximum) - If allowed by zoning

### Interior

**Required Areas**

- Separated parts and accessories retail area with slat-wall display
- New vehicle delivery area
- Children's play area
- Customer business center
- Separated Volkswagen customer waiting area
- Separated Volkswagen service write-up
- Separated Volkswagen cashier
- Separated Volkswagen sales

**Required Elements**

- Interior departmental and directional signage
- Radius floor plan and tile pattern
- Curved back wall
- One or two story focal point wall graphic
- Approved lighting package
- Vintage posters (8 minimum)
- Color and material palette
- Product trilons (4 minimum)
- Poster stands (3 minimum)
- Volkswagen-approved furniture
- Accommodate future computer kiosk with Internet access
- Brochure rack
- Reception desk (recommended)

# Facility Types

## Type D

SHARED SERVICE SPACE
SHARED ADMINISTRATION & PARTS
ADJ. BRAND SERVICE WRITE-UP
VW SHOWROOM
ADJACENT BRAND SHOWROOM
VW ENTRY

- **Brand Separated showroom (wall separation between brands)**
- **Dedicated service write-up**
- **Type D facilities generally have the same exterior and interior requirements as a Type A facility, except for the following:**
  - 10 degree sloped glazing
  - Louvered canopy on showroom roof line (sunshade)
  - Aluminum fascia

## Required Branding Elements

### Exterior

- Signage to include ground sign, Volkswagen Clip and Dealer Nameplate
- Entry portal and canopy
- Exterior color and material palette
- Outdoor Banners (3 maximum) - If allowed by zoning

### Interior

**Required Areas**
- Separated parts and accessories retail area with slat-wall display
- New vehicle delivery area
- Children's play area
- Customer business center
- Separated Volkswagen customer waiting area
- Dedicated Volkswagen service write-up
- Dedicated Volkswagen cashier
- Separated Volkswagen sales

**Required Elements**
- Interior departmental and directional signage
- Focal point wall graphic (if possible)
- Approved lighting package
- Vintage posters (8 minimum)
- Color and material palette
- Product trilons (4 minimum)
- Poster stands (2 minimum)
- Volkswagen-approved furniture
- Accommodate future computer kiosk with Internet access
- Bays separate
- Brochure rack
- Reception desk (recommended)

**Brad Tracy**
V.P. & General Manager
Tracy Volkswagen, Inc.
Hyannis, MA

**"In the renovation of the building for Marketplace, we were able to smooth the flow of the building a lot better. We handle the traffic much better now. It's definitely made an improvement to our sales and service process. We have less floor space for cars, but more workable space for the staff. Employees are definitely more productive.**

**By implementing the Customer Relation Center, the phone center's allowed us to track leads better and this definitely helps the sales staff."**

1:04-cv-01306-JBM-BGC # 18-8 Page 8 of 8



# Facility Types

## Volkswagen / Audi Dual Type C




- **Brand Separated "stand alone" customer contact areas**
- **Brand Separated sales and service write-up**
- **No pass-thru between customer contact areas**
- **Shared service garage and parts operation acceptable**
- **Service write-up areas to be separated and located within each customer contact area**
- **No other franchises represented in Volkswagen / Audi building**
- **Must meet current New World of Audi facility requirements. See Audi of America, Inc. for details**

## Volkswagen Requirements

### Exterior

- Signage to include ground sign, Volkswagen Clip and Dealer Nameplate
- Entry portal and canopy
- Exterior color and material palette
- Outdoor banners – (3maximum) if allowed by zoning

### Interior

**Required Areas**

- Separated parts and accessories retail area with slat-wall display
- Separated New car delivery area
- Children's play area
- Customer business center
- Separated customer waiting area
- Separated service write-up
- Separated cashier
- Separated sales
- Separated parts

**Required Elements**

- Interior signage
- Radius floor plan
- Curved back wall
- Focal point wall graphic
- Vintage posters (8 minimum)
- Color and material palette
- Product trilons (4 minimum)
- Poster stands (3 minimum)
- Volkswagen-approved furniture
- Computer kiosk
- Reception desk (recommended)