# Facility Types

## Volkswagen / Audi Dual Type D

[Diagram: VW SHOWROOM, AUDI SHOWROOM, SHARED ADMINISTRATION & PARTS, ADDITIONAL BRAND, AUDI SERVICE WRITE-UP, VW ENTRY]

- Brand Separated showrooms with wall separation between Volkswagen and Audi brands
- No access from one showroom to the other
- Limited access to showrooms from other customer contact areas
- Shared service garage and parts operation acceptable.
- Service write-up areas can be in a common area with separate identities
- No customer contact areas for other brand to be accessible from VW/Audi customer contact areas (Must exit building)
- Must meet current New World of Audi facility requirements. See Audi of America, Inc. for details

## Volkswagen Requirements

- Signage to include ground sign, Volkswagen Clip and Dealer Nameplate
- Entry portal and canopy
- Exterior color and material palette
- Outdoor banners – (3 maximum) if allowed by zoning

### Required Areas
- Separated Parts and accessories retail area with slat-wall display
- Separated New car delivery area
- Children's play area
- Customer business center
- Separated service write-up
- Separated cashier
- Separated sales
- Separated parts

### Required Elements
- Interior signage
- Radius floor plan (modified)
- Curved back wall (modified)
- Focal point wall graphic
- Vintage posters (8 minimum)
- Color and material palette
- Product trilons (4 minimum)
- Poster stands (2 minimum)
- Volkswagen-approved furniture
- Computer kiosk
- Reception desk (recommended)

"This was the third facility we have built and, quite frankly, it's great! We love it! Our customers love it, and our employees love it! I get comments almost daily from customers saying things like, 'it just feels good; we like coming here,' and even thanking us for building such a cool store."

Tony Pignataro
General Manager
Pignataro Volkswagen
Everett, WA

## 2: Marketplace Architecture

### A/B Level Interior Showroom Elements

**Areas**
- A Retail Area
- B New Car Delivery Area
- C Children's Play Area
- D Dedicated Customer Waiting Area
- E Dedicated Service Area

**Architectural Branding Elements**
- H Radius Floor Plan
- I Curved Back Wall
- J Interior Umbrella Columns

**Signage & Graphics**
- K Focal Point Large Wall Graphics
- L Vintage Posters
- M Dealer Promotion Poster Stand
- N Interior Product Tritons
- O Computer Kiosk with Internet Access

**Furnishings**
- P Reception Desk
- Q Meeting Tables & Chairs



1:04-cv-01306-JBM-BGC    # 18-9    Page 2 of 9

# Marketplace Architecture:
# Elements for B, C, & D Dealerships

## Four Key Elements

### Areas

The primary areas of a branded Volkswagen dealership help to separate the space into meaningful and efficient areas that provide a sense of comfort.

### Architectural Branding Elements

Architectural elements such as umbrella columns and a curved radius plan create a space that is both unique and intriguing while setting the customer at ease.

### Furnishings & Lighting

The furnishings and lighting are also an integral part in the overall feel and harmony of a branded environment. Furniture needs to be both comfortable and efficient, and be consistent with the Volkswagen brand.

### Signage & Graphics

Graphic displays add a visual punch and excitement as well as communicate information. The primary graphic in a Volkswagen dealership is the focal wall graphic on the back wall.



- Areas
- Architectural Branding Elements
- Signage & Graphics
- Furnishings & Lighting

## C/D Level Interior Showroom Elements

**Areas**
- A  Retail Area
- B  New Car Delivery Area
- C  Children's Play Area
- F  Shared Service/Parts (C/D Only)
- G  Separate Showroom/Sales

**Architectural Branding Elements**
- H  Radius Floor Plan
- I  Curved Back Wall

**Signage & Graphics**
- K  Focal Point Large Wall Graphics
- L  Vintage Posters
- M  Dealer Promotion Poster Stand
- N  Interior Product Trilons
- O  Computer Kiosk with Internet Access

**Furnishings**
- Q  Meeting Tables & Chairs















**Teknion**
**Office Revolution**
312-222-1082

### Storage Unit

Storage units encourage good filing habits and keep important Volkswagen customer documents readily available. These units are sturdy and complement the table/chair furnishings in the Sales Area.

### Sales Area

Marketplace dealerships utilize glass divider walls and contemporary furniture to convey a sense of openness to customers. This atmosphere can be emphasized by ensuring that no computing or telecom hardware, or extraneous paperwork clutters table tops.

The chairs used in Marketplace dealerships are ergonomically-designed to provide good body support and mobility. They also complement the Marketplace color palette and furnishings.

The reception desk is positioned to be a destination and focal point for customers, whether new or returning. The desk specified is architecturally bold, echoing the curves in the entry portal, the circular showroom area, and the focal wall graphic.





Werndl
NBS
248-844-3706