**E-FILED**
Monday, 14 March, 2005 09:23:53 AM
Clerk, U.S. District Court, ILCD



# Lighting Specifications

## Illuminating the Marketplace

Architects often say that constructing a building is easy... lighting it to resemble a destination is more difficult. Furnishings and lighting enliven the interior spaces and play an important role within the unified design of Marketplace.

The lighting that is specified here has been chosen for many reasons. The contemporary design of the fixtures complements the open, clean spaces of our showrooms. The type of fixtures accommodate a number of different light sources and functions, from well lights that focus light upward, to lower hanging fixtures and spotlights that emphasize individual vehicles on display, the focal wall or customer meeting areas. These fixtures are commercial grade and have been tested in hundreds of other Marketplace facilities.

Another important function of the interior lighting is to minimize the amount of exterior lighting required to illuminate the building. With a facade design that emphasizes large window walls, interior lighting and light wall coverings cast a warm glow that is welcoming and friendly.



**Ken Squires**
General Manager
South Shore Volkswagen
Hanover, MA

### Zumtobel

This light fixture is called a "down light" because it bounces very strong light off its reflective canopy, which reflects light downward in a softer, multi direction pattern. This light also prevents harsh glare or "hot spots" on vehicle surfaces.

### SPI Echo Series

This light fixture is called an "up light" because it bounces strong light upon the tall Marketplace ceilings. This brings the eye upward, increasing the sense of space and highlighting the strong vertical architecture.





### Juno - Trac12

This light fixture will twist and lock into the track lighting system that is mounted in front of the Accessories display area. A handle allows 360 degree swivel for perfect focus on displays and imagery.

### Charles Loomis Pendant Mounted Accent Light

4 lamp Metal Halide accent light. Mounted within a two-story showroom.

### Hydrel Well Light with Double Lens

Well light with flush tempered glass and aluminum stainless steel perforated cap

**Capitol Light**
**270 Locust Street**
**Hartford, CT 06141**
**800-965-1230**

**NOTE:** Light fixture styles and installation locations are specified only by Volkswagen's project architect for each retail location. Day to day fixture maintenance, including cleaning and replacing bulbs is the responsibility of each facility. Contact Capitol Light for replacement parts.

# Finish Contacts

## Exterior Material Finishes

### Alucobond Parapet

**Opt 1** Elward Systems Corporation
p: 925-838-5864
p: 800-933-5339
www.elward.com/systems

**Opt 2** John W. McDougall Co., Inc.
p: 615-321-3900
www.jwmcd.com

### Sunscreen

**Opt 1** Form & Function
p: 415-285-8740

**Opt 2** Airolite Company
p: 740-373-7676
www.airolite.com

### Storefront

**Opt 1** Visionwall Technologies, Inc.
p: 780-451-4000
www.visionwall.com

### Entry Portal Canopy

**Opt 1** Awnings L.L.C.
p: 425-745-9117

**Opt 2** East Coast Sign Advertising
p: 215-781-8500
www.ecsigns.com

### Cement Plaster

Sto Exterior Stucco Finish
Customer Service
p: 800-786-4430
www.stocorp.com

### Exterior Paint

**Opt 1** Sherwin Williams
p: 800-382-6567
www.sherwin-williams.com

**Opt 2** Benjamin Moore
p: 800-346-6864
www.benjaminmoore.com



# Interior Material Finishes

## Paint Walls

**Opt 1** Benjamin Moore
p: 800-832-8222
www.benjaminmoore.com

**Opt 2** Sherwin-Williams
p: 800-382-6567
www.sherwin-williams.com

**Opt 3** ICI
p: 800-984-5444
www.icipaintstores.com

## Paint Interior Metals

**Opt 1** Vanex Coatings
p: 800-851-7390
p: 618-244-1413

## Carpet

**Opt 1** Contract Resource Group
p: 800-664-2741
p: 586-285-0250

**Opt 2** Dupont Flooring System
p: 800-795-7203
www.dupont.com

## Portal Canopy/Stair

**Opt 1** PPG Architectural Finishes,
p: 800-238-8596
For Technical Issues
Contact
860-274-6701
www.ppg.com

**Opt 2** Cardinal Powder Coatings
p: 323-283-9335
www.cardinalpaint.com

## Door Frames

**Opt 1** Timely Frames
p: 818-896-3094
www.timelyframes.com

## Window Blinds

**Opt 1** MechoShade Systems
p: 415-641-7272

## Signage

**Opt 1** ImagePoint, Inc.
(Formerly Plasti-Line)
p: 800-444-7446
www.imagepoint.com

**Opt 2** General Sign
p: 262-284-1900
www.dealersigns.com

## Baby Changing Station / Kid's Play Area Equipment

**Opt 1** Koala Corporation
p: 800-733-3432 x8403
www.Koalabear.com

**Opt 2** Kidzpace
p: 800-530-9114
www.kidzpace.com

## Lighting

**Opt 1** Capitol Light
p: 800-526-7626
www.capitollight.com

**In Canada for all items:**
Monte Weis
Weis & Associates
p: 905-428-5808




**Dave Kolbe**
**Area Executive**

Most customers comment how they like the [illegible] look and [illegible] of the layout. The customer [illegible] has improved [illegible] [illegible] on the [illegible].

Many customers are very pleased with the [illegible] as [illegible] and [illegible]. The [illegible] in [illegible] customers like the ability to move around the [illegible].

[illegible] take more pride [illegible] when they [illegible] work at a [illegible] dealership?

1:04-cv-01306-JBM-BGC # 18-10 Page 5 of 6

# Finish Schedule





## Interior Finishes

### Carpet

**MFR** Dupont
**COLOR** VW Marketplace colors: Mojave Beige, Fresco Green, Silverstone Grey, Black Velour (choose one)
**LOC** Offices

### Carpet Base

**MFR** Dupont
**COLOR** VW Marketplace colors: Mojave Beige, Fresco Green, Silverstone Grey, Black Velour (choose one)
**LOC** Carpeted areas only

### Porcelain Tile

**MFR** Graniti Fiandre
**COLOR** Namur #C360 **PT1**
**FINISH** Semi-Matte Finish (No Substitutions)
**LOC** Edge, retail, lounge, new car delivery

**MFR** Graniti Fiandre
**COLOR** Rosa Monforte #R140 **PT2**
**FINISH** Semi-Matte (No Substitutions)
**LOC** Center Path

**MFR** Graniti Fiandre
**COLOR** Jura #C210 **PT3**
**FINISH** Semi-Matte Finish (No Substitutions)
**LOC** Showroom, Service Entry

### Grout

**MFR** Laticrete Intl.
**COLOR** Raven #45
**LOC** Match tile PT1

**MFR** Laticrete Intl.
**COLOR** Sand Beige #30
**LOC** Match tile PT2

**MFR** Laticrete Intl
**COLOR** Smoke Grey #89
**LOC** Match tile PT3

**MFR** Laticrete Intl
**COLOR** Bright White #44
**LOC** Restroom wall

### Tile Base

**MFR** Graniti Fiandre
**COLOR** VW Marketplace Colors: Namur, Rosa Monforte, Jura (Color of base must match color of adjacent tile)
**LOC** Tiled areas only

### Ceramic Tile

**MFR** Iris Ceramica
**COLOR** Crystal Series White
**LOC** Restroom wall

### Paint

**MFR** Benjamin Moore
**COLOR** Super White Ready-Mixed
**FINISH** Semi gloss finish
**LOC** Restroom

**MFR** Benjamin Moore
**COLOR** Super White Ready-Mixed
**FINISH** Eggshell finish
**LOC** Interior walls

**MFR** Benjamin Moore
**COLOR** Grey #1590
**FINISH** Finish TBD by owner (refer to Volkswagen Service Center Design Guidelines dated 10/2002)
**LOC** Service walls above 6'0"

**MFR** Benjamin Moore
**COLOR** Grey #1590
**FINISH** Finish TBD by owner (refer to Volkswagen Service Center Design Guidelines dated 10/2002)
**LOC** Service walls below 6'0"

**MFR** Vanex Coatings
**COLOR** Break Through Satin 50 series, tinted to match ICI 646 Silver Cloud
**LOC** Columns

**MFR** Benjamin Moore
**COLOR** Yellow #333
**FINISH** Eggshell finish (owner refer to Volkswagen Service Center Design Guidelines dated 10/2002)
**LOC** Focal Wall, service accent

### Acoustic Ceiling Panel

**MFR** Armstrong
**FINISH** Fine Fissured RRH90 beveled regular lay-in 1734
**LOC** General

### Plastic Laminate

**MFR** Teknion
**COLOR** Pearwood
**FINISH** Figured Annigre

**MFR** Teknion
**COLOR** Maple
**FINISH** Natural Maple

**NOTE:** All materials specifications apply for new Marketplace and non-Marketplace dealerships as well as Pre-owned and Service areas.

**Michelle Brown**
Office Manager
Pignataro Volkswagen
Everett, WA

## Exterior Finishes

**MFR** Steelcase-Werndl
**COLOR** Pearwood
**FINISH** Suede finish

**MFR** Steelcase-Werndl
**COLOR** Basic Maple
**FINISH** Matte finish

**MFR** Steelcase-Relevant
**COLOR** Pearwood
**LOC** Pearwood furniture

**MFR** Steelcase-Relevant
**COLOR** Hardrock Maple
**FINISH** Crystal finish

### Hardware

**MFR** (Varies-Selected by owner)
**FINISH** Exterior: Brushed stainless steel finish, US-320 Interior: Brushed chrome finish, US 260

### Fixtures-Restroom

**MFR** (Varies-Selected by owner)
**FINISH** White

### Transition Strip

**MFR** Schluter Systems
**FINISH** Aluminum
**LOC** Marketplace circle 1/4" Marketplace center path 1"

### Portal Entry

**MFR** STO
**COLOR** Yellow #20203
**FINISH** STO-LIT 0.75 finish (or alternate to match Benjamin Moore Yellow #338)
**LOC** Cement plaster or equal

**MFR** STO
**COLOR** Yellow #20205
**FINISH** STO-LIT 0.75 finish (or alternate to match Benjamin Moore Yellow #339)
**LOC** Cement plaster or equal

**MFR** TO
**COLOR** Grey #21612
**FINISH** STO-LIT 0.75 finish (or alternate to match Benjamin Moore Whitestone #2134-60)
**LOC** Cement plaster or equal

### Building Shell

**MFR** STO
**COLOR** White Linen #6050
**FINISH** STO-LIT 1.50 finish (or alternate to match Sherman Williams Everest White #SW 2137)
**LOC** Cement plaster or equal

### Curtainwall

**MFR** Visionwall
**COLOR** Clear Anodized Aluminum Mullions, no visible tint to glazing (Alternates subject to VWoA approval)

### Powder Coat

**MFR** PPG
**COLOR** Duranar UC 70476XL spray Code or alternate to match MegaflonUMS-Series, match to UC 70476XL
**LOC** Metal entry canopy

### Metal Panel Soffit

**MFR** Alucobond
**COLOR** Platinum 5ZM99873 Coil Code

**NOTE:** All materials specifications apply for new Marketplace and non-Marketplace dealerships as well as Pre-owned and Service areas.