E-FILED
March 2005 09:24:37 AM
U.S. District Court, ILCD



Touching the hearts and minds of Volkswagen customers begins with you, the dealer, because you're the bridge between the brand and our customers. Volkswagen has made its mark in North America by creating a line of cars that attracts customers who pride themselves on being different.

The Marketplace showroom is designed to be just as distinctive as our cars. It enhances the selling experience for customers and reinforces the "human, friendly and approachable" message promised in our unforgettable advertisements. In other words, your showroom delivers the ultimate brand message for Volkswagen.



transforming your dealership into a Volkswagen Marketplace follows a proven process that has already resulted in the successful opening of more than 300 Marketplace dealerships in North America.

Regardless of whether you're planning to refurbish your existing showroom or have designs on a brand new facility, Volkswagen has a program designed to be flexible enough to adapt to a range of building conditions.



# Project Startup 1

**Project Team Notified**
- VWoA Design Team
- VWoA
- VWoA Region
- Representative
- VWoA Program Manager

**Project Team Attendees**
- Dealer
- VWoA Region
- Representative
- Dealer's Architect
- VWoA Design Team

### Project Goals
- Coordinate regional schedule with VWoA region teams & design team for design orientation meeting
- VWoA notified of all new dealer orientations for approval
- Regional teams communicate with design team regarding project information



- Present VWoA facility programs & branding levels. Tour & evaluate existing facility
- Photographic Documentation
- Review dealer objectives
- Review & gather relevant existing as-built information
- Complete Dealership Evaluation Forms
- Develop site-specific floor plan, elevation, site plan
- Discuss dealer comments & review conceptual documents to reflect comments
- Approval by VWoA region Representative



- Distribute conceptual design orientation information for review & comment to: VWoA leadership, VWoA region Rep, Dealer

- Send Design Orientation Package to dealer for review. Send copy community can review revisions to project design and rollout team
- Distribute all correspondence to project team



- Receive approval for DCD completion. Follow up with dealer on outstanding issues. Incorporate dealer comments



- Develop architectural AutoCAD design development drawings reflecting first following: floor plans, exterior elevations, reflected ceiling plans, renderings, schedules, specifications, graphics
- Coordinate schedule with VWoA region team & dealer for DCD presentation

# Design Criteria Document Presentation

**Attendees**
Dealer
Dealer Architect
Dealer Construction Team
WXcA Program Manager
WXcA Design Team

**Project Goals**
- Review all program requirements:
  - Signage
  - Branding elements
  - Furniture & lighting
  - Vendor programs
- Review correspondence procedures & project management responsibility through construction

# Project Construction Documents Reviewed

**Project Goals**
- [illegible]
- [illegible]
- Distribute construction documents to subsequent approval
- Notify local project contact of comments

# Marketplace Ground Breaking

**Attendees**
Dealer
Dealer Architect
Dealer Construction Team
WXcA Program Manager

**Project Goals**
- Establish roles & responsibilities through the construction process
- Document meeting notes & distribute to project team
- Notify all vendor programs of project schedule
- Notify WXcA Marketplace team

# Monthly Site Visits

**Attendees**
Dealer
Dealer Architect
Dealer Construction Team
WXcA Program Manager

**Project Goals**
- Attend monthly construction meetings for overall project status
- Provide photographic documentation of progress & construction conditions
- Document meeting notes & distribute all site information to project team
- Answer questions concerning compliance with DCD & specific programs

# Marketplace Grand Opening

- [illegible] in compliance with WXcA program requirements
- Provide photographic documentation of project completion
- Final product meeting notes & photographs, distribute to project team



**Appendix A:**

Marketplace
Requirements

# Marketplace Space Analysis

| New Vehicle Sales Objective | Units | Display (Sq.Ft.) | Participation Level (Facility Type) | Participation Level Intercorporate Dual |
|---|---|---|---|---|
| < 200 | 4 | 1200 | D | Dual D |
| 200 - 349 | 4 | 1800 | C | Dual D |
| 350 - 499 | 5 | 2250 | C | Dual C |
| 500 - 599 | 5 | 2250 | A | Dual C |
| 600 - 749 | 6 | 2700 | A | Dual C |
| 750 - 999 | 7 | 3150 | A | Dual C |
| > 1000 | 8 | 3600 | A | Dual C |

- Minimum indoor display requirement is 4 cars and 1200 square feet.

Minimum display square footage requirement is for display area only. Offices and sales areas are not included.

- New points must construct, at a minimum, a Type "C" facility up to a 500 PV and a Type "A" in PVs of 500+.

- Marketplace Participation Level and Display area requirements are for new construction and relocations, and are guidelines for renovations of existing buildings. Dealers who are renovating their current, approved facility must at a minimum meet "D" level requirements; (4 cars, 1200 square feet is a minimum for all dealership facilities.) Incoming dealers who agree to remain at an approved facility location which at the time of purchase does not meet Marketplace participation level and display area requirements must, at a minimum, renovate to a "D" level. Incoming dealers who relocate from the approved facility location

must meet the Marketplace participation level and display area requirements as set forth above.

- < 100 PV: Physical separation in the showroom. Minimum display space requirements remain. No portal or focal wall.

All requirements are subject to approval from local municipalities.

Chrysler plans
dealership with
the goal of providing
balance
between experience
and comfort in the
retail environment.
All new vehicles
within a dealership
positive retail
experience for
both the buyer and
the seller.