E-FILED
Monday, 14 March, 09:33:22 AM
Clerk, U.S. District Court, ILCD



## 5
### Marketplace Dealership Branding



# Dealership Entrance

### Welcoming your customers at the front door

The entrance to Marketplace dealerships is where our story really begins. As customers park and walk toward the entry portal, architecture and branding combine with the oversized portal. The entry canopy, hours of operation sign, glass double doors, and sand/grey-toned exterior walls create the total entrance effect. The Volkswagen "clip" is consistently placed in the center of the panel above the entry canopy. This brand element is standard for all new or renovated Marketplace architecture, and is recognizable to the public as part of the retail landscape throughout North America.



entry canopy with fritted glass



# Focal Wall Elements

## Creating a Sense of Arrival

The focal wall is available in one and two-story versions. New focal wall visuals are made available to dealerships on a regular basis and each set highlights a different Volkswagen vehicle or advertising campaign. These focal walls refresh the sales space and provide reinforcement of the Volkswagen brand and products. An exciting feature of the focal wall occurs after dark, when interior lighting creates a glowing effect that increases visibility from the street. This element is reserved for Marketplace facilities only, and may only be installed as stated in the DCD.



**John McLaren**
Parts Department Manager
Robert Larson's Autohaus
Tacoma, WA

"Customers seem more at home in this environment. Everything is so compact, customers don't feel intimidated, yet there's enough room to move around in and not get lost! Sales have improved because of our great display area.

Employees feel more at home, production has improved and they "enjoy" coming to work in a new facility.

Many comments on 'Wow! All the stores have the same surroundings.' VW brand is becoming noteworthy and consistent."

# 5: Marketplace Dealership Branding

## Volkswagen Primary Sign Family







**NOTE:** Refer to the Volkswagen Dealer Corporate Identification Trademark Supplement for specific information on correct sign usage, sizes and vendors. All facility signage must be approved by the Volkswagen CI team and produced from an approved Volkswagen vendor.



5: Marketplace Dealership Branding

# One Story Focal Wall Graphic

## Creating the WOW Effect

Throughout this Brand Standards document, guidelines are given to properly implement Marketplace. Our Focal Wall is one of the best examples of guidelines that lead to dramatic, impactful branding. With a truly central position on the axis of the front door and the back wall, the focal wall draws customers in, presents a changing array of Volkswagen lifestyle/vehicle images, and enlivens Marketplace.

Focal wall imagery changes periodically, corresponding to the seasons and new products. Updated graphics can be easily installed on the Focal Wall modular panels. Imagery is chosen to display well on both one and two story walls. Lighting styles and positions are selected to provide emphasis that is often visible from the street.

**DCI Marketing**
**800-252-8825**



7'-0"
1'-0"
2'-0" minimum typ.
14'-0"
Drivers wanted.

Modular graphic panel system
Provided by DCI Marketing.
Refer to Finish Contacts page.