Two-Story Focal Wall Graphic

Modular graphic panel system
Provided by DCI Marketing.
Refer to Finish Contacts page.

1'-0"  14'-0"  2'-0" minimum typ.

14'-0"

Driver's wanted

## Interior Product Trilons



### Product Displays that Speak One-on-One

Product Trilons are another one of Volkswagen's Marketplace retail display fixtures. Four units are required on the showroom floor with lifestyle graphics of individual products. The trilons are tall enough to be easily noticed above most vehicles on display.

**DCI Marketing**
**800-252-8825**

# Brand Banners/Poles

## New and Pre-Owned Vehicle Banners

Banners on poles are a great way to enliven dealership exteriors and to increase customer awareness of the separate new and pre-owned car sales areas. New banner designs may be available periodically from VWoA, to provide an updated look. A maximum of three banners may be displayed. If a dealership chooses to hang banners, they musts be those approved by VWoA.

**IDL Merchandising Solutions**
412-798-2500



"Our employees love the remodel. People are still saying wow as they enter our service drive and parts area. Sales in both departments have increased greatly and the new capacity of the remodel played a large role. The showroom is a major improvement. The facility looks sharp and professional."

**Kurt Campbell**
Owner/GM
Campbell-Nelson Volkswagen Inc.
Edmonds, WA

# Retail Display Fixtures and Signage



**NOTE:** Display fixtures are obtained from VWoA-approved vendors.

## One Stop Shopping: T-Shirts & Tires

What better way to extend Volkswagen's brand reach than to offer clever, well-designed products that customers really want. Retail fixtures and specialty signs can be included in every Marketplace dealership. The Marketplace "Parts counter" provides another point-of-purchase contact with customers. Retail-style lighting, racks, shelving, lifestyle poster frames, and slat walls can be customized to individual space requirements, especially useful for C and D facilities.



Marketplace offers a changing supply of branded products from toys to transmission parts for Volkswagen fans everywhere. Now it's just a matter of how to keep the shelves stocked.

## Shop Look Posters





Poster sets are available from VWoA-approved vendors. Posters are for use in the following placements: the customer center, sales offices, waiting area, and walk-thru hallways. They are not to be hung in showrooms.

BUDCO
888-843-5712

"Our Marketplace gives us a better environment for both employees and customers to share the Volkswagen experience. Customers like the look and it is good for the brand. Marketplace shows that we have a commitment to Volkswagen and we are better off for all that we have done."

**Rob Will**
Dealer
Member of Regional Dealer Council
Former Member of National Dealer Council
University Volkswagen
Seattle, WA

# Retail



**Brochure Rack**

**DCI Marketing**
800-252-8825



**Retail Accessory Wall**

**MARLITE**
330-364-7561



**Glass Display Case**

**NBS**
248-844-3706

A selection of freestanding retail display fixtures are available to enhance the Marketplace showroom. These fixtures are particularly important in the overall showroom design, which emphasizes expansive glass surfaces and focal walls that should not be covered.

The function of these fixtures is three-fold:
- Provide vertical, more visible two-sided display surface that is also mobile.
- Utilize empty floor space adjacent to vehicle models to display appropriate information
- Bring Volkswagen-branded retail accessories to the customer's attention and interest

**PLEASE NOTE**: Retail fixturing is to be obtained from VWoA-approved vendors only.

# Children's Play Area/Fixtures

From experience, it is clear that having the children's play area can dramatically improve your ability to communicate with customers. A 60" x 60" square area is recommended, and it is important to locate it safely away from opening doors, foot traffic areas, service areas, new car delivery areas, or anywhere else that may be viewed as less than safe for children. While VWoA does not provide required vendors or product specifications for this amenity, it is recommended that all toys and furniture be suitable for children under 3 years of age and that high-density foam tiles are used for the 60" x 60" floor area.

**Kidzpace**
800-530-9114



Dealers can select their own play space products.

## Baby Changing Station



**Koala Corporation**
800-733-3432 x8403



...family-friendly amenities.

...warm and inviting.