Marketplace Dealership Branding

# PosterStand

## Stand Up & Be Seen

Over the years, VWoA has created a collection of images and scenery that describe North America's landscape. Some images become famous as part of lifestyle advertising campaigns on TV or billboards.

Freestanding poster stands bring interesting graphic interest to customers without covering or cluttering Marketplace walls and windows. Current poster sets are available to all Marketplace dealers and provide a lively focal point.

**DCI Marketing**
**800-252-8825**



# Vintage Posters

## Old is New Again

Our vintage posters have been reproduced as a display set and provide a delightful recollection of "the old days." They can be displayed in customer, employee and service areas. One set must be displayed in the Marketplace showroom as indicated in the DCD. Customers young and old study the posters at Marketplace dealerships across North America. These vintage posters are more than memorabilia, though. They provide context for Marketplace dealers and their customers to become involved in the Volkswagen experience again and again.


Lemon.




With we overkill the bug?


It carries a boatload.

Think small.


Do you have the right kind of wife for it?


Ugly is only skin-deep.

Posters ship as a set of eight; four in color and four black and white, pre-framed in lightweight, bright aluminum.

...emotional relationship that customers have with cars.

...a sense of humor as well as history,

# Conclusion

We are the stewards for Volkswagen in North America, the Volkswagen Group's largest export market. How we handle our mission is clearly up to us. With customer expectations at high levels and still climbing, we must find ways to step up to their challenges. The answer: Deliver the Volkswagen Promise.

Going forward it is crucial that we move as one organization composed of many dealer parts. We do that by observing consistent standards for Marketplace, with which customers can readily identify and associate positive feelings. As the Volkswagen Brand broadens and moves upscale, Marketplace will serve as the ideal showcase for our new and upcoming product lines.

For most people, buying a car is a decision with far-reaching consequences. And it is rare for customers to have made up their mind in favor of a Volkswagen vehicle when they first come into the showroom. The power of persuasion is needed to turn potential customers into Volkswagen customers. All the functions in the Marketplace showroom have this one objective. Customers should feel at home in the new showroom, because here they get to know not just their new car, but also the whole new Volkswagen world.

Many automotive companies have sought to improve the look of their showrooms. None have achieved the success of Marketplace. It is distinctive beyond all other marks. It is the customer experience par excellence. It is the Volkswagen Promise.



## The Volkswagen Promise

At Volkswagen we are **different, original, honest.** We build cars that offer a unique combination of German engineering, safety, driving enjoyment and value. We are **friendly and approachable.** There is a segment of the North American public that admires our character. We are different and proud of it.

NOTE: No part of this work may be produced or copied in any form or by any means, whether graphic, electronic, or mechanical, including photocopying, recording, or information storage and retrieval systems, without the written permission of the publisher. Copyright © 2003 VOLKSWAGEN of America, Inc.

# EXHIBIT E



Volkswagen of America, Inc.

Volkswagen Dealer Corporate Identification & Trademark Supplement



# Table of Contents

1. Introduction to Corporate Identity ............................................. 4
2. Dealer Corporate Identification & Trademark Checklist ............. 6
3. Volkswagen Trademarks
   The Volkswagen Logo ........................................................... 9
   The Volkswagen Logo and Reproduction Guidelines ............. 10
   Miscellaneous Logo Usage ................................................... 11
   The Volkswagen Fonts ......................................................... 12
4. Volkswagen Forms
   Business Cards ..................................................................... 13
   Letterhead ............................................................................ 14
   Envelopes ............................................................................. 15
   Miscellaneous Customer-Facing Forms ............................... 16
5. Dealership Identity
   Primary Signage ................................................................... 18
   Secondary Signage ............................................................... 22
   Miscellaneous Signage ......................................................... 26



# 1 Introduction

# Introduction

## Introduction to Corporate Identity

Corporate identity allows Dealers to properly align their image with that of the Volkswagen Brand. As a Volkswagen Dealer, everything that your Dealership displays is a representation of the Brand and company as a whole. To protect our mutual investment in the Brand, VWoA is providing authorized Volkswagen Dealers a guide (hereafter referred to as the "Volkswagen Dealer Corporate Identification and Trademark Supplement" or "Volkswagen Corporate Identity Guidelines") that will be easy to understand and provide all necessary information to answer the Corporate Identity questions you may have. One of the most vital elements in conveying a strong identity is a consistent, recognizable image. Within this recognizable image, it is imperative that all Volkswagen logos and trademarks be displayed correctly and consistently. We encourage you to explore this guide and utilize it as a tool within your Dealership.

everything that your Dealership displays is a representation of the Brand