

## 2. Corporate Dealer Identification & Trademark Checklist

# Corporate Dealer Identification & Trademark Checklist

Please note that the following Corporate Identity guidelines are the most current requirements set forth by VWoA for all Volkswagen Dealers.

The following is a list of items that are inherent in Operating Standards #20 and #21. All Volkswagen Dealers must meet each element in order to be compliant with Operating Standards. A printable checklist version of these items can be found on this CD under the Brand Standards Checklist.

## Operating Standard #20

All primary and secondary signs will conform to Volkswagen's Corporate Identity and Trademark Requirements as defined in the Volkswagen Corporate Identification and Trademark Supplement.

## Operating Standard #21

Authorized Volkswagen trademarks, including the distinctive logo, will be used exclusively for the identification, advertising and promotion of Volkswagen products and services as defined in the Volkswagen Corporate Identification and Trademark Supplement.

**In order to meet Operating Standards #20 and #21, all Volkswagen Dealers must meet each of the following criteria:**

a. The minimum VWoA exterior corporate identity elements consist of the Ground Sign, Dealer Nameplate and building fascia Clip as well as approved building colors, subject to local sign restrictions.

b. VWoA corporate components cannot be used in conjunction with unauthorized identification elements, including but not limited to Dealer Nameplates, Dealer-specific symbols and logos. Dealer will observe this restriction with respect to all Dealer product advertising (new, used, service, parts), Dealer stationery and forms and in such other documents as VWoA may direct. Such use will at all times be in accordance with the Volkswagen Corporate Identification and Trademark Supplement.

c. Dealers must not display any unauthorized Volkswagen logos.

d. Dealer must not display any unauthorized banners, bunting, streamers, window painting, painted wall signs or balloons.

e. All signs displayed are in accordance with the Volkswagen Corporate Identification and Trademark Supplement.

f. As needed, interior signage must clearly direct customers to Dealership Sales, Service and Parts departments and to key customer amenities, such as the service reception, waiting areas, children's play area and restrooms.

Minimum VWoA exterior corporate identity elements



### 3. Volkswagen Trademarks

Kinney

# Volkswagen Trademarks

## The Volkswagen Logo

The Volkswagen logo conveys all the Volkswagen Brand Values in a condensed, visual form. This logo stands for engineering and emotion, power and elegance, tradition and innovation—worldwide. The photo-realistic, three-dimensional (3D) logo is the visual manifestation of this aspiration, emphasizing the high caliber of the Volkswagen Brand. When used according to the principles of corporate design, it cements acceptance of and trust in the Volkswagen Brand—the key to its very special status in all forms of communication.

**All Dealers must transition to the 3D logo by December 31, 2004.**



9

# The Volkswagen Logo and Reproduction Guidelines

The logo itself represents the Volkswagen Brand. The appearance of the logo and the word "Volkswagen" together are no longer valid as a form of corporate identification. The Volkswagen logo should always have a high-quality look. Two- or four-color process printing must be used for the 3D logo on Dealer stationery and business cards. A black-and-white 3D logo may be used on Dealer business forms, including repair orders, buyer's orders and all customer-facing forms.

The Volkswagen logo may not be combined with or integrated into a Dealership logo or combined with any other brand logo. Only Volkswagen-approved materials with the Volkswagen logo may be displayed.

The following are the only authorized Volkswagen logos Dealers may use:



3D Color Logo      3D Black-and-White Logo

"Volkswagen"



To be used in accordance with IDM Guidelines.

An exception to the rule is an embroidered logo on apparel and license plate frames (excluding inserts), which can be two-dimensional (2D).



The logo itself represents the Volkswagen Brand.

Dealer-customized merchandise and apparel

10

# Volkswagen Trademarks

## Miscellaneous Logo Usage

The Volkswagen logo can also be used in the following applications, provided it is used in accordance with the Volkswagen logo reproduction guidelines.

### Name Badges

- Dealer's name and employee's name can be on either their article of clothing or on a name badge or on a combination of the two.
- Depending on space availability on the badge, Dealer may include other identity, such as person's title or hometown.
- A Volkswagen 3D or Dealer logo may be used on the name badge. The Volkswagen logo cannot be attached to the Dealer's name, nor can the Dealer's name be combined with or integrated into the Volkswagen logo or combined with any other brand.

### Shuttle Vehicle

- Other makes and logos are allowed on shuttle
- Proper Volkswagen logo must be used

### License Plate Frames

- No other makes/logos allowed
- Volkswagen logo on frame can be two-dimensional
- Any Volkswagen logo on frame insert must be 3D

### Examples of unauthorized Volkswagen logo uses include, but are not limited to:

- Painting on windows, walls, driveways, sides of buildings, etc.
- Rugs, welcome mats, service mats
- Interior glass—i.e., offices, doors, etc.

# The Volkswagen Fonts

The Volkswagen fonts are exclusively licensed and customized for Volkswagen. All characters are available in the Volkswagen font in both Heavy and Light typefaces. These specially developed typefaces apply to all internal and external communications and are deemed part of the Operating Standards. A complete set of typefaces can be downloaded from this CD.

Volkswagen Light
ABCDEFGHIJKLMNOPQRSTUVWXYZ
abcdefghijklmnopqrstuvwxyz
0123456789

**Volkswagen Heavy**
**ABCDEFGHIJKLMNOPQRSTUVWXYZ**
**abcdefghijklmnopqrstuvwxyz**
**0123456789**

Dealer and commercial printer-ready logos and fonts can be found on this CD.

exclusively licensed

Dealer-customized name badges,

: 12