**E-FILED**
Monday, 14 March, 2005 09:45:15 AM
Clerk, U.S. District Court, ILCD






Business cards, letterhead and envelopes must be Volkswagen-specific and include the Volkswagen logo. If a Dealer represents more than one brand, generic forms (no brand identity) may be used for repair orders, purchase orders, receipts, etc.

## Business Cards

- Business cards must be Volkswagen-exclusive (no other makes identified).
- The Volkswagen 3D (two- or four-color) logo must be in the upper right corner.
- Dealer name or Dealer logo appears in the upper left corner.
- If used, Dealer logo must be proportionate in size to the Volkswagen logo and is vertically centered with the Volkswagen logo.
- Employee name is left-justified and can range in font size from 7–9 pt Volkswagen Heavy type. Title below name can range in size from 7–8 pt Volkswagen Light type.
- Dealer information is right-justified and can range in font size from 7–8 pt Volkswagen Light type.
- Dealer information can be customized to include multiple phone numbers, email addresses, etc.

## Letterhead

- Letterhead must be Volkswagen-exclusive (no other makes identified).
- The Volkswagen 3D (two- or four-color) logo must be in the upper right corner.
- Dealer name must be in Volkswagen font or Dealer logo must appear in the upper left corner.
- If used, Dealer logo must be proportionate in size to the Volkswagen logo and vertically centered with the Volkswagen logo.
- Dealer information must be right-justified and appear below the Volkswagen logo. Font size can range from 7.2–8 pt Volkswagen Light type.
- When possible, Volkswagen Light type should be used in the body text.

## Envelopes

- Envelopes must be Volkswagen-exclusive (no other brands identified).
- The Volkswagen 3D (two- or four-color) logo must be in the upper left corner.
- Dealer name (Volkswagen Heavy type) and address must be (Volkswagen Light type) located to the right of the Volkswagen logo.
- Dealer logo, if used, is placed in the lower left corner of the envelope.

Examples and commercial printer-ready files can be found on this CD.



## Miscellaneous Customer-Facing Forms

- Repair Orders, Buyer's Worksheet, Customer Receipts, etc.
- Miscellaneous forms can be either Volkswagen-exclusive or generic (no brands identified; example: ABC Motors).
- No more than one Volkswagen logo can be used on the form.
- If the Volkswagen logo is used, it can be in color or black and white.
- The Volkswagen logo can be left-justified, centered or right-justified on the top or bottom of the form.
- Volkswagen "watermark" logos are not permitted.











# 5 Dealership Identity

# Primary Signage

## Primary signage consists of three elements:

- The Volkswagen Clip (Clip)
- Dealer Nameplate
- Ground Sign

It is a prerequisite that all old signage that deters from or is inconsistent with the current Volkswagen image be removed from the premises before the installation of new Corporate Identification elements. All primary signage orders are subject to review and approval by the Volkswagen Corporate Identification team. All primary signage must be manufactured and installed by Volkswagen's approved vendor. All signage is subject to local ordinances. In the event that a sign is not permitted by local ordinances, the Volkswagen Corporate Identification team will work with Dealer on an approved custom solution.

Volkswagen building signs must be installed on a neutral-colored fascia. Colors are defined in the Volkswagen Dealer Facility Supplement.



Dealer



## Clip Guidelines:

The Volkswagen Clip must be displayed in conjunction with a Dealer Nameplate in a coordinating size.

Additional Clips may only be displayed in conjunction with a "Pre-Owned" Nameplate or "Service" Nameplate (pending approval from the Volkswagen Corporate Identification Team).

All Marketplace Dealers must install a #3 Clip on the exterior of their portal.

When facility design permits, all Marketplace Dealers must also display a #2 Clip on the interior of the portal.



# Primary Signage

## Nameplate Guidelines:

The Volkswagen Dealer Nameplate must be displayed in conjunction with a Volkswagen Clip. Any additional Volkswagen Dealer Nameplates must also be displayed in conjunction with a Volkswagen Clip.

In the event a Dealership is dualed with Audi and only one Nameplate is allowed by local codes or space restrictions, a Volkswagen Nameplate will be installed with a Volkswagen and Audi Clip on either side.

The Volkswagen Dealer Nameplate is the only Dealer name to be displayed on any one side of the facility.

**Nameplate exceptions:**

If a Nameplate is not allowed by local codes, individual channel letters manufactured and installed by Volkswagen's approved vendor may be substituted for a Nameplate.






## Ground Sign Guidelines:

Pylons may contain Audi and Volkswagen logos in that respective order. All other entities, Dealer names, text and brand names are strictly forbidden.

No additional lettering may appear on the pylon.

In the event that a pylon is not permitted due to local ordinance, a twin pole sign may be used.

The twin pole may also accommodate other brands. In the event more than one make is represented, the following order must be observed:

- Audi
- Volkswagen
- Other makes

If a pylon or twin pole is not permitted by local code, a flag sign may be installed.








**Pylons may contain Audi and Volkswagen logos in that respective order.**