**E-FILED**
Monday, 14 March, 2005  09:47:37 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT H

# ‚VOLKSWAGEN



June 25, 2003

Dr. Gian Süd
Süd's of Peoria, Inc.
d/b/a Süd's Audi and Süd's Volkswagen
2350 North 8th Street
Pekin, IL 61554

Re:    Memorandum of Understanding - Capital Loan Agreement (Note)

Dear Dr. Süd:

You and your representatives have made certain applications, representations disclosures and commitments to Volkswagen of America, Inc. ("VWoA"), in connection with your proposal to acquire the Audi and Volkswagen operations of Mid/Town Imports, Inc. located in Pekin, Illinois, pursuant to that asset purchase agreement dated January 16, 2003. We are pleased to advise you that your application for a capital loan has been approved. Subject to the terms and conditions set forth below in this letter, VWoA intends to loan Süd's of Peoria, Inc., d/b/a Süd's Audi and Süd's Volkswagen the sum of $500,000 US if and only if you agree to perform, and do in fact perform in a timely manner, each of the conditions set forth below.

1. **Loan Amount.** You hereby agree and acknowledge that the amount of the above-captioned loan is $500,000 in U.S. dollars.

2. **Loan Terms and Repayment Schedule.** You hereby agree and acknowledge that the interest on the above-captioned loan is 4.25%. The loan term is for five (5) years, with interest payments made monthly and a principal payment of $100,000 due at the end of each year for the five-year period. The interest rate will be a discounted rate established at the time of the loan origination.

3. **Security Agreement and Capital Loan Agreement.** In connection with this loan you agree to execute and comply fully with the terms of the Security Agreement and Capital Loan agreement.

4. **Representation Requirements.** You hereby agree and acknowledge that you have represented to VWoA that you will build exclusive showroom facilities for your Audi and Volkswagen brands within a twenty-seven month period of closing on your Asset Purchase Agreement with Mid/Town Imports, Pekin, IL. In connection with this construction you agree to execute a Volkswagen / Audi Facility Construction Agreement and to comply fully with the terms of that Agreement. **FAILURE TO DO SO AT ANY TIME SHALL REQUIRE IMMEDIATE REPAYMENT OF THE LOAN BALANCE AND ACCUMULATED INTEREST.**

5. **Ownership Requirements.** You hereby agree and acknowledge that for the five-year term of this loan, you shall provide and maintain a voting majority ownership interest in the dealership entity. **FAILURE TO PROVIDE AND MAINTAIN THE AFORESAID VOTING MAJORITY INTEREST IN THE DEALERSHIP ENTITY AT ANY TIME SHALL REQUIRE IMMEDIATE REPAYMENT OF THE LOAN BALANCE AND ACCUMULATED INTEREST.**

Please acknowledge your understanding of and agreement to the terms of this Memorandum of Understanding by signing both copies attached herewith where indicated.

Sincerely Yours,

VOLKSWAGEN OF AMERICA, INC.

By: _____
Don Hughes, Regional Team Leader

Understood, accepted, and agreed:

By: _____          7 · 3 / 0 3
Gian Süd, President                              Date

# EXHIBIT I

# VOLKSWAGEN



June 25, 2003

Dr. Gian Süd
Süd's of Peoria, Inc.
d/b/a Süd's Audi and Süd's Volkswagen
2350 North 8th Street
Pekin, IL 61554

Re:   Memorandum of Understanding - Performance Incentive Program

Dear Dr. Süd:

You and your representatives have made certain applications, representations disclosures and
commitments to Volkswagen of America, Inc. ("VWoA"), in connection with your proposal
to acquire the Audi and Volkswagen operations of Mid/Town Imports, Inc. located in Pekin,
Illinois, pursuant to that asset purchase agreement dated January 16, 2003. We are pleased to
advise you that your application to participate in the Dealer Diversity Performance Incentive
Program ("Program") has been approved. Subject to the terms and conditions set forth below
in this letter, VWoA intends to pay Süd's of Peoria, Inc., d/b/a Süd's Audi and Süd's
Volkswagen, over a five-year period, the maximum sum of $500,000 US. An additional
bonus amount of $60,000 may be earned throughout the five year program period, if and only
if you agree to perform, and do in fact perform in a timely manner, each of the conditions set
forth below.

1. **Earned Amount.** You hereby agree and acknowledge that the maximum incentive
   earned under the Program is $560,000 in U.S. dollars. This amount shall be divided
   into an earned base incentive totaling a maximum of up to $500,000 and an earned
   bonus incentive of up to $60,000. Incentive payments are earned in five distinct
   annual measurement periods. The earned base incentive is paid in accordance with the
   following schedule beginning at the end of the first year and concluding at the end of
   the fifth year:  End of year 1= $100,000; End of year 2 = $100,000; End of year 3 =
   $100,000; End of year 4 = $100,000; End of year 5 = $100,000.  The earned bonus
   incentive, of up to $60,000, is paid at the end of the fifth year. The annual earned base
   incentive amount will be used to pay your loan principal amount each year for the
   five-year period.

2. **Standards Requirements**.   You hereby agree and acknowledge that to earn the above-captioned maximum base incentive and bonus incentive you must meet, in all five annual measurement periods, the minimum requirements of the Audi Retail Capacity Guide and Volkswagen Dealer Operating Standards, as applicable, and as established by the Audi brand and the Volkswagen brand, respectively, from time to time.

3. **Sales Requirements**.   You hereby agree and acknowledge that to earn the above-captioned maximum base incentive and bonus incentive you must achieve, in each of the four annual measurement periods beginning with the second annual measurement period, a minimum of 80% of the vehicle sales objective for Audi and Volkswagen, as applicable, and as established by the Audi brand and the Volkswagen brand from time to time.   For purposes of accessing dealer's sales achievement, dealer's annual sales objective will be adjusted based on Region sales performance as measured against Region sales objective for the specified time period.

4. **Reduction of Base Incentive.**   You hereby agree and acknowledge that failure to achieve all of the above-referenced Requirements in any given measurement period will result in forfeiture of the entire base incentive payment for that measurement period only.

5. **Elimination of Bonus Incentive.**   You hereby agree and acknowledge that failure to achieve all of the above-referenced Requirements in all five measurement periods will result in forfeiture of the entire bonus incentive payment.

6. **Representation Requirements**.   You hereby agree and acknowledge that you have represented to VWoA that you will build exclusive showroom facilities for your Audi and Volkswagen brands within a twenty-seven month period of closing on your Asset Purchase Agreement with Mid/Town Imports. In connection with this construction you agree to execute a Volkswagen / Audi Facility Construction Agreement and to comply fully with the terms of that Agreement.   **FAILURE TO DO SO AT ANY TIME SHALL DISQUALIFY YOU FROM EARNING THE INCENTIVE PAYMENT IN THE MEASUREMENT PERIOD DURING WHICH THE FAILURE OCCURRED AS WELL THE OPPORTUNITY TO EARN ANY FUTURE PAYMENTS.**

7. **Ownership Requirements.** You hereby agree and acknowledge that for five-year period of this performance incentive, you shall provide and maintain a voting majority ownership interest in the dealership entity. **FAILURE TO PROVIDE AND MAINTAIN THE AFORESAID VOTING MAJORITY INTEREST IN THE DEALERSHIP ENTITY AT ANY TIME SHALL DISQUALIFY YOU FROM EARNING THE INCENTIVE PAYMENT IN THE MEASUREMENT PERIOD DURING WHICH THE FAILURE OCCURRED AS WELL THE OPPORTUNITY TO EARN ANY FUTURE PAYMENTS.**

Please acknowledge your understanding of and agreement to the terms of this Memorandum of Understanding by signing both copies attached herewith where indicated.

Sincerely Yours,

VOLKSWAGEN OF AMERICA, INC.

By: _____
Don Hughes, Regional Team Leader

Understood, accepted, and agreed:

By: _____          July 31, 2003
Gian Süd, President                                    Date

# EXHIBIT J

# GUARANTY

Mr. Ron Takashima
Volkswagen of America, Inc.
3800 Hamlin Road
Auburn Hills, MI  48326

Dear Mr. Takashima:

In consideration of Volkswagen of America, Inc. granting credit to _Suds of Peoria_ ("Dealer"), a(an) _Illinois_ Corporation, the undersigned officers, directors and stockholders of Dealer, jointly and severally hereby guaranty to Volkswagen of America, Inc. ("VWoA") the payment of all indebtedness of Dealer to VWoA now in existence or hereafter arising out of the Volkswagen Dealer Agreement dated _Feb. 24_, _2003_ (the "Dealer Agreement").

This is an absolute and continuing guaranty, intended to cover all indebtedness and any number of service and sales transactions between VWoA and Dealer, and all indebtedness arising as a result thereof, and shall continue in force notwithstanding any change or changes in the form of the Dealer Agreement, any increase in said indebtedness, any further extension or extensions of credit granted by VWoA or any acceptance, sale, exchange or release of any security that may be given to VWoA by Dealer or the undersigned.

In the event Dealer shall fail to pay all or any part of indebtedness when due, whether by acceleration or otherwise, the undersigned will pay to VWoA the amount due and unpaid by Dealer, in like manner as if such amount constituted the direct and primary obligation of the undersigned. VWoA shall not be required, prior to any demand on or payment by the undersigned, to make any demand upon or pursue or exhaust any of VWoA's rights or remedies with respect to any part of any security given to VWoA by Dealer or the undersigned.

VWoA is authorized, without notice to the undersigned, to make sales in any amount, to make any change or changes in the form of the Dealer Agreement and in the form of such indebtedness; to grant any extensions of time and changes in the terms of payment of such indebtedness; to give Dealer at any time and in any form, any renewals or extensions of credit; to accept security for such indebtedness, credit or extensions thereof; and to sell, lease or exchange any security that may be given. The undersigned acknowledges that whether such indebtedness, credits or extensions thereof are now or hereafter evidenced by open account or other evidence of debt, this Guaranty shall include a guaranty of such open account or other evidence of debt and of the terms and provisions thereof, and the undersigned hereby waives any notice, demand, presentment, and notice of dishonor of any such evidence of debt, and also hereby waive notice of the acceptance of this Guaranty.

Guaranty
Page 2

The obligations of all parties signing this Guaranty shall be joint and several, and
the discontinuance, discharge, or release for any reason of all or any part of the
obligation of any one or more of the undersigned, or the waiver or condemnation by
VWoA of any breach or default of Dealer, or the failure of any other person to sign
this guaranty shall not release or affect the liability of any signer hereof.

IN WITNESS WHEREOF, we have hereunto set our hands and seals this _____
day of _Feb. 24_____, 200_3_.

WITNESS:                          DEALER NAME
                                  d/b/a


_____         _____
                                  (Name, Title)

_____         _____
                                  (Name, Individually)


_____         _____
                                  (Name, Title)


_____         _____
                                  (Name, Individually)

# EXHIBIT K

## GUARANTY

Mr. Ron Takashima
Volkswagen of America, Inc.
3800 Hamlin Road
Auburn Hills, MI 48326

Dear Mr. Takashima:

In consideration of Volkswagen of America, Inc. granting credit to _Sub's of Peoria_ ("Dealer"), a(an) _Illinois_ Corporation, the undersigned officers, directors and stockholders of Dealer, jointly and severally hereby guaranty to Volkswagen of America, Inc. ("VWoA") the payment of all indebtedness of Dealer to VWoA now in existence or hereafter arising out of the Volkswagen Dealer Agreement dated _____, _____ (the "Dealer Agreement").

This is an absolute and continuing guaranty, intended to cover all indebtedness and any number of service and sales transactions between VWoA and Dealer, and all indebtedness arising as a result thereof, and shall continue in force notwithstanding any change or changes in the form of the Dealer Agreement, any increase in said indebtedness, any further extension or extensions of credit granted by VWoA or any acceptance, sale, exchange or release of any security that may be given to VWoA by Dealer or the undersigned.

In the event Dealer shall fail to pay all or any part of indebtedness when due, whether by acceleration or otherwise, the undersigned will pay to VWoA the amount due and unpaid by Dealer, in like manner as if such amount constituted the direct and primary obligation of the undersigned. VWoA shall not be required, prior to any demand on or payment by the undersigned, to make any demand upon or pursue or exhaust any of VWoA's rights or remedies with respect to any part of any security given to VWoA by Dealer or the undersigned.

VWoA is authorized, without notice to the undersigned, to make sales in any amount, to make any change or changes in the form of the Dealer Agreement and in the form of such indebtedness; to grant any extensions of time and changes in the terms of payment of such indebtedness; to give Dealer at any time and in any form, any renewals or extensions of credit; to accept security for such indebtedness, credit or extensions thereof; and to sell, lease or exchange any security that may be given. The undersigned acknowledges that whether such indebtedness, credits or extensions thereof are now or hereafter evidenced by open account or other evidence of debt, this Guaranty shall include a guaranty of such open account or other evidence of debt and of the terms and provisions thereof, and the undersigned hereby waives any notice, demand, presentment, and notice of dishonor of any such evidence of debt, and also hereby waive notice of the acceptance of this Guaranty.

Guaranty
Page 2

The obligations of all parties signing this Guaranty shall be joint and several, and the discontinuance, discharge, or release for any reason of all or any part of the obligation of any one or more of the undersigned, or the waiver or condemnation by VWoA of any breach or default of Dealer, or the failure of any other person to sign this guaranty shall not release or affect the liability of any signer hereof.

IN WITNESS WHEREOF, we have hereunto set our hands and seals this _28ᵀᴴ_ day of _APRIL_, 200_3_.

WITNESS:                          DEALER NAME   SUD'S OF PEORIA
                                  d/b/a

_Crissy Ziegler_ _____     Trcs
                                  (Name, Title)

_Crissy Ziegler_ _____     HARISH C SUD
                                  (Name, Individually)

_Crissy Ziegler_ _____ , V.P.
                                  (Name, Title)

_Crissy Ziegler_ _____   SUNITI R. SUD
                                  (Name, Individually)

# Volkswagen of America, Inc.



Central Region-Area 21
Frank Petru
Area Executive

5309 Gray Eagle Court
Carmel, IN 46033
Tel. 317-569-8067
Fax 317-569-8082
Cell 317-908-4511

January 26, 2004

Dr. Gian Sud, President
Sud's of Peoria, Inc.
Dba Sud's Volkswagen
2350 North 8th St.
Pekin, IL 61554

Dear Gian;

During my most recent visit to your dealership on January 12, 2004 Tim Grunder was kind enough to familiarize me with the property that you have now purchased at U. S. Highway 6 and Allen Rd., which will be the site of the proposed new Marketplace Facility for Sud's of Peoria, Inc. to be constructed per the terms of your Facility Construction Agreement, dated July 31, 2003.

This parcel meets Volkswagen's expectations & requirements for an appropriate dealership location in Peoria, IL for your new facility.

Per the terms of the *Facility Construction Agreement* (paragraph 2), you are required "to submit a Warranty Deed or other proof of ownership of this property by January 31, 2004" (six months after the ownership change and official signing of all agreements).

Paragraph 2a further indicates that "by April 30, 2004 you are to have completed the necessary surveys of the proposed Dealership Premises in order to determine the required design and construction of the Marketplace facility" (4 months after the property acquisition deadline).

Please forward appropriate proof of ownership to me as soon as possible.

I appreciate your cooperation with us as you begin the exciting but challenging process of construction of your new Marketplace facility.

Best Regards,

Frank J. Petru
Area Executive
VWoA Area 21

cc: D. Hughes

1049

10

# Volkswagen of America, Inc.



Central Region-Area 21
Frank Petru
Area Executive

5309 Gray Eagle Court
Carmel, IN 46033
Tel. 317-569-8067
Fax 317-569-8082
Cell 317-908-4511

February 17, 2004

Dr. Gian Sud. President
Sud's of Peoria, Inc.
dba Sud's Volkswagen
2350 North 8th St.
Pekin, IL 61554

Dear Gian:

The purpose of this correspondence is to follow-up on my letter dated January 26, 2004 in which I requested a copy of the Warranty Deed or other proof of purchase of the property* at Highway 6 and Allen Rd, Peoria, IL, proposed site for your new dealership facility. As of this date, I have not received the requested copies. If you would, please forward them to me at your earliest opportunity.

In addition, as you enter the design phase of the project (which the survey for design and construction for the Marketplace facility must be completed within 4 months of property acquisition or no later than April 30th, 2004**), I would respectfully suggest that you involve the Volkswagen Market Representation Group in your survey and design study so that the design may remain within the confines of current facility requirements. These facility requirements may be found on the 2004 Volkswagen Brand Standards CD that is included in 2004 Volkswagen Brand Standards package, FedEx'd several weeks ago to your dealership.

I appreciate your cooperation with us as you continue the design process of your new Marketplace facility.

Best Regards,

Frank J. Petru
Area Executive
VWoA Area 21

*Per the terms of the *Facility Construction Agreement* (paragraph 2), you are required "to submit a Warranty Deed or other proof of ownership of this property by January 31, 2004" (6 months after the ownership change and official signing of all agreements).

**Paragraph 2a further indicates "by April 30, 2004 you are to have completed the necessary surveys of the proposed Dealership Premises in order to determine the required design and construction of the Marketplace facility" (4 months after the property acquisition deadline).

cc: D. Hughes

1053

February 27, 2004

Dr. Gian Sud, President
Sud's of Peoria, Inc.
dba Sud's Volkswagen
2350 North 8th St.
Pekin, IL 61554

Dear Gian;

The purpose of this letter if to summarize our discussion during my visit on February 24, 2004 in which you informed me of the difficulties in highway planning you are now experiencing regarding the proposed development of the parcel of land @ Highway 6 & Allen Rd. in Peoria, IL (proposed location of your new Marketplace facility).

You indicated that your have employed the services of Mr. Dan Maloof to assist in coordinating the efforts of Illinois DOT, Peoria City Government and County Government to obtain proper ingress and egress to the property, directly off Highway 6 @ the exit to Allen Rd.

You further indicated that the process to obtain proper ingress/egress development rights & plans could take an additional 6 months to accomplish.    Therefore, I am requesting that you  submit a formal request (in'writing) for VWoA to extend the deadlines for proof of property acquisition and completed survey for the proposed Dealership premises, dates of January 31, 2004 and April 30, 2004, respectively. (see below)

Please continue to keep me informed via a written progress report at the end of each month so that we may remain current with the proposed development plans of your new Marketplace facility.

Best regards,

Frank J. Petru
Area Executive
Area 21

*Per the terms of the *Facility Construction Agreement* (paragraph 2), you are required "to submit a Warranty Deed or other proof of ownership of this property by January 31, 2004" (6 months after the ownership change and official signing of all agreements).

**Paragraph 2a further indicates "by April 30, 2004 you are to have completed the necessary surveys of the proposed Dealership Premises in order to determine the required design and construction of the Marketplace facility" (4 months after the property acquisition deadline).

cc: D. Hughes



# Volkswagen of America, Inc.

Central Region-Area 21
Frank Petru
Area Executive
5309 Gray Eagle Court
Carmel, IN 46033
Tel. 317-569-8067
Fax 317-569-8082
Cell 317-908-4511

April 23, 2004

Dr. Gian Sud, President
Sud's of Peoria, Inc.
dba Sud's Volkswagen
2350 North 8th St.
Pekin, IL 81554

Dear Gian;

The purpose of this letter if to once again request from you, in writing, a progress report concerning the planned construction of your new Marketplace facility in Peoria, IL. As indicated in my previous letter on February 27, 2004, we are now past the January 31, 2004* deadline for submitting "proof of property ownership" and are soon coming up on the April 30, 2004**deadline for "completion of surveys of the proposed dealership premises" (property) needed to begin construction of the new facility.

We understand that your originally agreed to schedule for design & construction has now been altered due to highway planning challenges, however we have not received a revised plan with newly proposed dates from you. Please forward a formal request to VWoA, through me, to extend the previously agreed to deadlines, with revised dates, that you feel will be workable in light of the difficulties you have experienced in the highway planning process. (Original dates described in the paragraphs below.)

Please continue to keep me informed via a written progress report at the end of each month so that we may remain current with the proposed development plans of your new Marketplace facility.

Best regards,

Frank J. Petru
Area Executive
Area 21

*Per the terms of the *Facility Construction Agreement* (paragraph 2), you are required to submit a Warranty Deed or other proof of ownership of this property by January 31, 2004" (6 months after the ownership change and official signing of all agreements).

**Paragraph 2a further indicates "by April 30, 2004 you are to have completed the necessary surveys of the proposed Dealership Premises in order to determine the required design and construction of the Marketplace facility" (4 months after the property acquisition deadline).

cc: D. Hughes



# Volkswagen of America, Inc.

Central Region·Area 21
Frank Petru
Area Executive
5309 Gray Eagle Court
Carmel, IN 46033
Tel. 317-569-8067
Fax 317-569-8082
Cell 317-908-4511

July 19, 2004

Dr. Gian Sud, President
Sud's of Peoria, Inc.
dba Sud's Volkswagen
2350 North 8th St.
Pekin, IL 61554

Dear Gian;

Now that we are closing in on the one year anniversary of the purchase of Mid-Town, I am requesting that you forward to me, in writing, a detailed "progress report" concerning the planned construction of your new Marketplace facility in Peoria, IL. As indicated in my previous letter on February 27, 2004, we are now significantly past the January 31, 2004* deadline for submitting "proof of property ownership" and are past the April 30, 2004**deadline for "completion of surveys of the proposed dealership premises" (property) needed to begin construction of the new facility. Your letter of May 3, 2004 indicated that you had purchased land and that it was to close June 15, 2004. If the closing took place as planned, please forward copies of "proof of ownership" (copies of Warranty Deed or other proof of ownership documents). You had also indicated in that letter that you would keep me informed of progress every 60 days.

We do understand that your originally agreed to schedule for design & construction has now been altered due to highway planning challenges, however we still have not received a revised plan with newly proposed dates from you. Please forward a formal request to VWoA, through me, to extend the previously agreed to deadlines, *with revised dates*, that you feel will be now be workable in light of the difficulties you have experienced in the highway planning process. (Original dates described in the paragraphs below.)

Please continue to keep me informed via a written progress report <u>at the end of each month</u> so that we may remain current with the proposed development plans of your new Marketplace facility.

Best regards,

Frank J. Petru
Area Executive
Area 21

*Per the terms of the *Facility Construction Agreement* (paragraph 2), you are required "to submit a Warranty Deed or other proof of ownership of this property by January 31, 2004" (6 months after the ownership change and official signing of all agreements).

**Paragraph 2a further indicates "by April 30, 2004 you are to have completed the necessary surveys of the proposed Dealership Premises in order to determine the required design and construction of the Marketplace facility" (4 months after the property acquisition deadline).

cc: D. Hughes

# Volkswagen of America, Inc.



3800 Hamlin Road
Auburn Hills, MI 48326
Tel. (248) 754-5000

February 18, 2005


Gian C. Süd                                    Harish C. Süd
1430 Ft. Jesse Road at Towanda                 204 Beacon Circle
Normal, IL 61761                               Bloomington, IL 61704

Suniti R. Süd                                  Nancy A. Süd
2350 North 8th Street                          1430 Ft. Jesse Road at Towanda
Pekin, IL 53081                                Normal, IL 61761


Dear Mr. Süd,

As you know, on July 31, 2003, Süd's of Peoria, Inc. d/b/a Süd's Volkswagen and Süd's Audi entered into various agreements with Volkswagen of America, Inc., including the Volkswagen/Audi Facility Construction Agreement, the Memorandum of Understanding – Capital Loan Agreement (Note), the Security Agreement and Capital Loan Agreement, and the Memorandum of Understanding – Performance Incentive Program Agreement.

The following dates represent the deadlines Süd's needed to meet in connection with the agreements set forth above in the planning and construction of Süd's Marketplace Facility in Peoria, IL:

- Dealer shall acquire property at a location approved in advance by VWoA for the construction of the Marketplace Dual D Level Facility within six (6) months of the execution of this Agreement and shall provide VWoA a copy of the Warranty Deed or other proof of ownership of the real property;

- Within three (3) months of acquiring the property, Dealer shall complete the necessary survey of the New Dealership Premises, which survey shall determine the required design and construction for the Marketplace Facility;

- Within nine (9) months of acquiring the property, Dealer shall complete and submit to VWoA for its review and approval, construction drawings for the Marketplace Facility. If VWoA submits comments

to Dealer on the construction drawings, within 15 business days of Dealer's receipt of such comments, Dealer shall complete and submit to VWoA for its review and approval revised construction drawings for the Marketplace Facility. Within 5 business days of Dealer's receipt of VWoA's approval of Dealer's construction drawings, Dealer shall submit such drawings, together with any and all other necessary documents to the appropriate agency or agencies within the City of Peoria, IL for the obtaining of all necessary building permits for the construction of the Marketplace Facility. Dealer shall comply promptly with each requirement of such agency or agencies for the obtaining of such permits; and

- Within twelve (12) months of acquiring the property, Dealer shall begin construction of the Marketplace Facility.

In early 2004, we wrote to you on three separate occasions offering to enter into a written agreement with you extending the deadlines set forth above. You did not respond to any of our offers. As a result, the deadlines set forth above remained in effect.

Previously we advised you that the acquisition date was missed, and, in fact, we have instituted legal action as a consequence of that failure. We now advise you that the remaining dates set forth above also have been missed.

VWoA remains committed to providing its customers the highest quality of sales and service. Because Süd's has failed to meet these deadlines or properly seek any extension of them, VWoA will continue to pursue all available remedies.

Best Regards,

John Hill
VWoA Network Development Team Leader

cc:    Don Hughes
       Debra Kingsbury
       Frank Petru