## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey corporation, <br><br>        Plaintiff, <br><br>    v. <br>SŰD'S OF PEORIA, INC., d/b/a Sűd's Volkswagen and Sűd's Audi, an Illinois corporation; GIAN C. SŰD, an Illinois resident; HARISH C. SŰD, an Illinois resident; and SUNTI R. SŰD, a Wisconsin resident, <br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 04-1306 |

FILED
MAR 1 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### NOTICE OF MANUALLY FILING EXHIBITS

To:   Richard Karr
        One North LaSalle
        45th Floor
        Chicago, Illinois 60602

    **PLEASE TAKE NOTICE** that on February 24, 2005 we caused to be filed manually with the United States District Court, Central District of Ilinois, Peoria Division, the attached **Exhibits to the First Amended Complaint** in the above captioned matter, copies of which are hereby served upon you.

Dated:   March 9, 2005                      Respectfully submitted,

                                                VOLKSWAGEN OF AMERICA, INC.

                                                By:  s/ *James R. Vogler*
                                                      One of Its Attorneys

James R. Vogler – Lead Counsel (Illinois Bar No. 2908395)
Brock F. Renner (Illinois Bar No. 6269283)
BARACK FERRAZZANO KIRSCHBAUM
 PERLMAN & NAGELBERG LLP
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone No.: (312) 984-3100

Facsimile No.: (312) 984-3150
E-mail: james.vogler@bfkpn.com
brock.renner@bfkpn.com

Of Counsel:
Randall L. Oyler (Illinois Bar No. 6209675)
BARACK FERRAZZANO KIRSCHBAUM
  PERLMAN & NAGELBERG LLP
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone No.: (312) 984-3100
Facsimile No.: (312) 984-3150
E-mail: randall.oyler@bfkpn.com

273834_1

## CERTIFICATE OF SERVICE

I, David M. Wiese, hereby state under oath that I caused copies of the foregoing **First Amended Complaint, together with Exhibits** to be served via first class mail, on this 9th day of March 2005 on the following party:

Richard Karr<br>
One North LaSalle<br>
45th Floor<br>
Chicago, Illinois 60602

_____
David M. Wiese