# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## CENTRAL DIVISION, PEORIA

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident,<br><br>Defendants. | Case No.:  **04 CV 01306** |

## **DEFENDANTS' FOURTH MOTION FOR EXTENSION OF TIME TO PLEAD**

**NOW COME** Defendants, SÜD'S OF PEORIA, INC., GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD, by their attorneys, KINGERY DURREE WAKEMAN & RYAN, ASSOC., and as and for their Fourth Agreed Motion for Extension of Time to Plead, pursuant to Fed. R. Civ. Proc. 15(a) and CDIL –LR 6.1, state as follows:

1. This Court's prior docket entry gave Defendants until March 14, 2005, to file pleadings responsive to the Complaint of Plaintiff herein. The parties' mediation of the instant litigation, and other disputes between them was not successful last month.

2. On Wednesday, March 9, 2005, just a few days before Defendants' responsive pleading deadline of March 14, Plaintiff filed electronically its First Amended Complaint, the extremely voluminous exhibits to which were served upon undersigned counsel for Defendants by mail and received on Friday, March 11, 2005. On information and belief, based upon the

Court's electronic docket record, Defendants believe that the exhibits to said First Amended Complaint were filed on Monday, March 14, 2005.

3.  As Plaintiff has just served a new First Amended Complaint herein, Defendants' counsel will require at least twenty-one days to review the voluminous exhibits thereto and prepare a pleading responsive to the Plaintiff's new pleading.

4.  Accordingly, Defendants, with the agreement of Plaintiff's counsel, respectfully submit to the Court that the responsive pleading deadline should be extended for twenty-one days from March 14, 2005.  Counsel for Defendants has discussed this extension with Plaintiff's counsel, who has agreed to the same, and therefore, Defendants pray for extension of the responsive pleading deadline until at least April 4, 2005.

**WHEREFORE,** Defendants, SÜD'S OF PEORIA, INC., GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD, for the foregoing reasons, respectfully move this Court for an extension of time as aforesaid to file pleadings responsive the Plaintiff's First Amended Complaint, and pray the Court for such other and further relief as it deems just and appropriate.

    SÜD'S OF PEORIA, INC., GIAN C. SÜD,
HARISH C. SÜD, and SUNITI R. SÜD,
Defendants.
/S/    **PHILIP M. O'DONNELL**
    One of Their Attorneys

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN & RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612

**RICHARD M. KARR**
GORDON & KARR, LLP
45th Floor
One North LaSalle Street
Chicago, Illinois  60602
Telephone:  (312) 377-4450

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident,<br><br>　　　　　Defendants. | Case No.:  **04 cv 01306** |

### CERTIFICATE OF SERVICE

On March 14, 2005, the undersigned served upon attorneys Brock F. Renner and James R. Vogler by electronic filing the following documents:

**Defendants' Fourth Motion for Extension of Time to Plead**

and via U.S. Mail to:

Randall L. Oyler
Barack, Ferrazzano, Kirschbaum, Perlman & Nagalberg
333 West Wacker Drive
Ste 2700
Chicago, IL 60606

　　　　　　　　　　　　　　　　　　/S/   **PHILIP M. O'DONNELL**
　　　　　　　　　　　　　　　　　　　　　KINGERY DURREE WAKEMAN &
　　　　　　　　　　　　　　　　　　　　　RYAN, ASSOC.

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612
Facsimile:   (309) 676-1329