UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

|  |  |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey corporation, <br><br> Plaintiff, <br><br> v. <br><br> SUD'S OF PEORIA, INC., d/b/a Sud's Volkswagen and Sud's Audi, an Illinois corporation; GIAN SUD, an Illinois resident HARISH SUD, an Illinois resident; and SUNITI SUD, a Wisconsin resident, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 04 CV 01306 ) ) ) ) ) ) ) ) ) |

**VOLKSWAGEN OF AMERICA, INC.'S MOTION
FOR LEAVE TO FILE RESPONSE BRIEF**

Plaintiff Volkswagen of America, Inc. ("VWoA"), by and through its attorneys, hereby moves this court for leave to file its response brief to Defendants' Motion to Stay Pending Arbitration. In support of its motion, VWoA states as follows:

1. VWoA filed its Complaint on September 3, 2004, and a First Amended Complaint on March 9, 2005.

2. Defendants filed their Motion To Stay Pending Arbitration on April 4, 2005.

3. VWoA's response to Defendants' Motion To Stay Pending Arbitration was due on April 18, 2005.

4. VWoA experienced some technical difficulties while attempting to use the Electronic Filing System around 5:00 p.m. on April 18, 2005. VWoA also needed to make some minor changes to its response brief. As a result, VWoA was not able to file its response brief until

283682_1

approximately 8:00 p.m. on April 18, 2005. VWoA now seeks leave to have its brief accepted in this court.

5. This motion for leave is made in good faith and will not prejudice Defendants.

6. Defendants' counsel has been consulted and has indicated that Defendants have no objection to this motion. VWoA also has consented to Defendants' filing of a reply brief in support of their Motion to Stay Pending Arbitration.

## CONCLUSION

WHEREFORE, VWoA respectfully requests that this court grant its Motion for Leave to File Response Brief and award such other and further relief as this court deems proper.

Dated: April 19, 2005

Respectfully submitted,

VOLKSWAGEN OF AMERICA, INC.

By: s/ James R. Vogler
     One of Its Attorneys

James R. Vogler – Lead Counsel (Illinois Bar No. 2908395)
David M. Wiese (Illinois Bar No. 6276172)
BARACK FERRAZZANO KIRSCHBAUM
  PERLMAN & NAGELBERG LLP
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone No.: (312) 984-3100
Facsimile No.: (312) 984-3150
E-mail: james.vogler@bfkpn.com

Of Counsel:
Randall L. Oyler (Illinois Bar No. 6209675)
BARACK FERRAZZANO KIRSCHBAUM
  PERLMAN & NAGELBERG LLP
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone No.: (312) 984-3100
Facsimile No.: (312) 984-3150
E-mail: randall.oyler@bfkpn.com

## CERTIFICATE OF SERVICE

David M. Wiese, an attorney, certifies that he caused a copy of the foregoing Defendant Volkswagen of America, Inc.'s Motion for Leave to File a Late Brief to be served upon:

| | |
|---|---|
| Philip M. O'Donnell | Richard M. Karr |
| Kingery Durree Wakeman & Ryan, Assoc. | Gordon & Karr, LLP |
| 915 Commerce Building | 45th Floor |
| 416 Main Street | One North LaSalle Street |
| Peoria, Illinois  61602 | Chicago, Illinois  60602 |

via facsimile transmission and United States Mail before the hour of 5:00 p.m. this 19th day of April, 2005.

_____
David M. Wiese