E-FILED
Wednesday, 20 April, 2005  11:21:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation,<br><br>                Plaintiff,<br>   v.<br><br>SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident,<br><br>                Defendants. | Case No.: **04 cv 01306** |

**MOTION FOR LEAVE TO FILE REPLY TO
PLAINTIFF'S RESPONSE TO MOTION TO STAY**

**NOW COMES** Defendant, SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident, by and through their attorney, PHILIP M. O'DONNELL of KINGERY DURREE WAKEMAN & RYAN, ASSOC., and as and for their Motion for Leave to File a Reply to the Opposition filed by Plaintiff, VOLKSWAGEN OF AMERICAN, INC., a New Jersey Corporation, with regard to Defendants' Motion to Stay Pending Arbitration, state as follows:

1. Defendants' undersigned counsel received the Plaintiff's Opposition to Defendants' Motion to Stay Pending Arbitration by facsimile on April 18, 2005 at 7:15 p.m., after his office had closed. The VOLKSWAGEN Opposition raises a variety of significant factual issues, as well as a somewhat complicated legal argument as to Defendants' arbitration rights under the various contractual documents which are the subject of Plaintiff's Complaint.

2. So that Defendants can properly and fully respond to VOLKSWAGEN's Opposition to the Motion to Stay Pending Arbitration, Defendants respectfully request this Court grant them leave to file a brief Reply to VOLKSWAGEN's recently filed Opposition, within 10 days of the granting of this Motion. Defendants' counsel submits to the Court that the Reply will be limited consistent with local rule regarding page limitations.

3. Defendants' counsel has discussed this Motion with counsel for Plaintiff, VOLKSWAGEN OF AMERICAN, INC., and they do not object to the entry of an Order granting Defendants leave to file the Reply requested herein within 10 days of the granting of this Motion.

**WHEREFORE,** Defendants, SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident, for the foregoing reasons, respectfully move this Court for leave to file a Reply to the Plaintiff's Opposition to the Defendants' Motion to Stay Pending Arbitration, and for such other and further relief as the Court deems just and proper.

>SÜD'S OF PEORIA, INC., GIAN C. SÜD,
>HARISH C. SÜD, and SUNITI R. SÜD,
>Defendants.
>/S/    **PHILIP M. O'DONNELL**
>         One of Their Attorneys

| **PHILIP M. O'DONNELL** | **RICHARD M. KARR** |
|---|---|
| KINGERY DURREE WAKEMAN | GORDON & KARR, LLP |
| & RYAN, ASSOC. | 45th Floor |
| 915 Commerce Building | One North LaSalle Street |
| 416 Main Street | Chicago, Illinois 60602 |
| Peoria, Illinois 61602 | Telephone: (312) 377-4450 |
| Telephone: (309) 676-3612 | |
| Facsimile: (309) 676-1329 | |

**IN THE UNITED STATES DISTRICT COURT**

FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| **VOLKSWAGEN OF AMERICA, INC.,** a New Jersey Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>**SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI,** an Illinois Corporation; **GIAN C. SÜD,** an Illinois Resident, **HARISH C. SÜD,** an Illinois Resident, and **SUNITI R. SÜD,** a Wisconsin Resident,<br><br>        Defendants. | Case No.: **04 cv 01306** |

## CERTIFICATE OF SERVICE

On April 20, 2005, the undersigned served upon attorneys Brock F. Renner and James R. Vogler by electronic filing the following documents:

**MOTION FOR LEAVE TO FILE REPLY TO
PLAINTIFF'S RESPONSE TOMOTION TO STAY**

and via U.S. Mail to:

    Randall L. Oyler
    Barack, Ferrazzano, Kirschbaum, Perlman & Nagalberg
    333 West Wacker Drive
    Ste 2700
    Chicago, IL 60606

                                          /S/    **PHILIP M. O'DONNELL**
                                                    KINGERY DURREE WAKEMAN &
                                                    RYAN, ASSOC.

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612