LAW OFFICES
GORDON & KARR LLP
45TH FLOOR

| | | |
|---|---|---|
| STUART D GORDON | QNE NORTH LASALLE STREET | sgordon®gordonkarr.com |
| RICHARD M KARR | CHICAGO, ILLINOIS 60602 | rkarr@gordonkarr.com |
| JOHN C EGGERT | (312) 377-4450 | jeggert@gordonkarr.com |
| MARION H HANSON | FAX (312) 332-1901 | rnhanson@gordonkarr.com |

March 31, 2005

VIA FACSIMILE 312-984-3193 & U.S MAIL

Randy Oyler
Barack, Ferrazzano, Kirschbaum, Periman & Nagelberg
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606

   Re: Volkswagen of America v. Sud's of Peoria, Inc., et al.
      Case No.; 04 CV 1306

Dear Mr. Oyler:

  As you know, I represent Sud's of Peoria. On behalf of Sud's of Peoria, we hereby request binding arbitration of the above dispute pursuant to Article 13 of the parties' Franchise Agreement. Please feel free to call if you have any questions.

Very truly yours,

*Richard Karr*

RK/sp
Cc: Julie Cardosi
   Gian Sud
   Harish Sud
   Suniti Sud

EXHIBIT A