E-FILED
Monday, 23 May, 2005  03:39:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC.,<br>a New Jersey corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SÜD'S OF PEORIA, INC., d/b/a<br>Süd's Volkswagen and Süd's Audi, an Illinois<br>corporation; GIAN SÜD, an Illinois resident<br>HARISH SÜD, an Illinois resident; and<br>SUNITI SÜD, a Wisconsin resident,<br><br>　　　　　　　Defendants. | Case No. 04 CV 01306 |

## VOLKSWAGEN OF AMERICA, INC.'S
## MOTION REQUESTING ORAL ARGUMENT

Plaintiff Volkswagen of America, Inc. ("Volkswagen"), through its attorneys, respectfully requests that this Court grant this Motion Requesting Oral Argument. In support of this motion, Volkswagen states as follows:

1.　　On March 9, 2005, Volkswagen filed its First Amended Complaint for Monetary Relief against the defendant, Süd's of Peoria, Inc., d/b/a Süd's Volkswagen and Süd's Audi, and the principals of that company, Gian Süd, Harish Süd, and Suniti Süd (collectively, "Süd's").

2.　　On April 4, 2005, Süd's filed its Motion to Stay Pending Arbitration ("Motion to Stay"). In its Motion to Stay, Süd's requested oral argument.

3.　　On April 18, 2005, Volkswagen filed its Opposition To Defendants' Motion To Stay Pending Arbitration.

4.　　On May 2, 2005, Süd's filed its Reply and Memorandum of Law in Support of Motion to Stay Regarding Plaintiff's Response. In its Reply Brief, Süd's raises certain new

289795_1.DOC

affirmative matters that were not contained in the Motion to Stay.

5. As a result, rather than seeking leave to file a sur-reply, Volkswagen believes that oral argument would be useful to the Court and would clarify various issues raised in Süd's reply. Volkswagen therefore joins in Süd's request for an oral argument in this matter.

6. Granting Volkswagen's Motion Requesting Oral Argument is in the interests of justice because it will assist the Court in its analysis and decision.

WHEREFORE Volkswagen of America, Inc. respectfully requests that the Court hear oral argument in this matter and such other and further relief as this Court deems to be just and equitable.

Dated: May 23, 2005

> Respectfully submitted,
>
> VOLKSWAGEN OF AMERICA, INC.
>
> By: s/ James R. Vogler
> One of Its Attorneys

James R. Vogler – Lead Counsel (Illinois Bar No. 2908395)
David M. Wiese (Illinois Bar No. 6276172)
BARACK FERRAZZANO KIRSCHBAUM
  PERLMAN & NAGELBERG LLP
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone No.: (312) 984-3100
Facsimile No.: (312) 984-3150
E-mail: james.vogler@bfkpn.com

Of Counsel:
Randall L. Oyler (Illinois Bar No. 6209675)
BARACK FERRAZZANO KIRSCHBAUM
  PERLMAN & NAGELBERG LLP
333 West Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone No.: (312) 984-3100
Facsimile No.: (312) 984-3150
E-mail: randall.oyler@bfkpn.com

## CERTIFICATE OF SERVICE

David M. Wiese, an attorney, certifies that he caused a copy of the foregoing Defendant Volkswagen of America, Inc.'s Motion Requesting Oral Argument to be served upon:

Philip M. O'Donnell
Kingery Durree Wakeman & Ryan, Assoc.
915 Commerce Building
416 Main Street
Peoria, Illinois 61602

Richard M. Karr
Gordon & Karr, LLP
45th Floor
One North LaSalle Street
Chicago, Illinois 60602

via facsimile transmission and United States Mail before the hour of 8:00 p.m. this 23rd day of May, 2005.

_____
David M. Wiese