# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# CENTRAL DIVISION, PEORIA

| | |
|---|---|
| **VOLKSWAGEN OF AMERICA, INC.,** a New Jersey Corporation, | |
| Plaintiff, | |
| v. | Case No.: **04 cv 01306** |
| **SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI,** an Illinois Corporation; **GIAN C. SÜD,** an Illinois Resident, **HARISH C. SÜD,** an Illinois Resident, and **SUNITI R. SÜD,** a Wisconsin Resident, | **NOTICE OF APPEAL** |
| Defendants. | |

## NOTICE OF APPEAL

**NOTICE** is hereby given that Defendants, SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident, hereby appeal to the United States Court of Appeals for the Seventh Circuit, from an Order denying said Defendants' Motion to Stay Proceedings Pending Arbitration entered in this action by the U.S. District Court for the Central District of Illinois on July 13, 2005.

SÜD'S OF PEORIA, INC., GIAN C. SÜD,
HARISH C. SÜD, and SUNITI R. SÜD,
Defendants.

/S/    **PHILIP M. O'DONNELL**
One of Their Attorneys

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
   & RYAN, ASSOC.
915 Commerce Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612
Facsimile:   (309) 676-1329

**RICHARD M. KARR**
GORDON & KARR, LLP
45th Floor
One North LaSalle Street
Chicago, Illinois  60602
Telephone:  (312) 377-4450
Facsimile:   (312) 332-1901

**IN THE UNITED STATES DISTRICT COURT**

FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| **VOLKSWAGEN OF AMERICA, INC.,** a New Jersey Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**SÜD'S OF PEORIA, INC.,** d/b/a **SÜD'S VOLKSWAGEN and SÜD'S AUDI,** an Illinois Corporation; **GIAN C. SÜD,** an Illinois Resident, **HARISH C. SÜD,** an Illinois Resident, and **SUNITI R. SÜD,** a Wisconsin Resident,<br><br>　　　　　　Defendants. | Case No.: **04 cv 01306** |

### CERTIFICATE OF SERVICE

　　　　On August 2, 2005, the undersigned served upon attorney James R. Vogler by electronic filing the following documents:

**Defendants' Notice of Appeal**

and via U.S. Mail to:

　　Randall L. Oyler
　　Barack, Ferrazzano, Kirschbaum, Perlman & Nagalberg
　　333 West Wacker Drive
　　Ste 2700
　　Chicago, IL 60606

　　　　　　　　　　　　　　　　　　　　/S/    **PHILIP M. O'DONNELL**
　　　　　　　　　　　　　　　　　　　　　　　KINGERY DURREE WAKEMAN &
　　　　　　　　　　　　　　　　　　　　　　　RYAN, ASSOC.

**PHILIP M. O'DONNELL**
KINGERY DURREE WAKEMAN
& RYAN, ASSOC.
915 Commerce Bank Building
416 Main Street
Peoria, Illinois  61602
Telephone:  (309) 676-3612
Facsimile:   (309) 676-1329
**RICHARD M. KARR**

3

GORDON & KARR, LLP
45th Floor
One North LaSalle Street
Chicago, Illinois  60602
Telephone:  (312) 377-4450
Facsimile:   (312) 332-1901