## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois             Docket No.: 04-1306

Division: Peoria Division

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

Volkswagen of America Inc          v.     Sud's of Peoria, Inc., et al

---

**Current Counsel for Plaintiff (Petitioner):**         **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Brock F. Renner                                    Name: Philip M. O'Donnell

Firm: Barack Ferrazzano Kirschbaum Perlman & Nagelberg   Firm: Kingery Durree Wakeman & Ryan

Address: Suite 2700, 333 W. Wacker Dr.                   Address: 915 Commerce Bank Bldg.

Chicago, IL  60606                                       Peoria, IL  61602

Phone: 312-984-3100                                      Phone: 309-676-3612

---

Judge: Joe B. McDade                Nature of Suit Code:   190

Court Reporter: N. Mersot           Date Filed in District Court:  9/7/2004

                                    Date of Judgment: NO JUDGMENT ON FILE

                                    Date of Notice of Appeal: 8/2/2005

Counsel:   ___Appointed      _X_Retained       ___Pro Se

Fee Status:   _X_Paid     ___Due     ___IFP      ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes     _X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**