Albert Rollings-N02390
2600 N. Brinton Ave.
Dixon, Ill 61021

August 7, 2005

Re: Case: 05-1045

Dear Clerk 05-1045

It is necessary that I communicate so that I can defend the issues in the above mentioned cause. I need a copy of my Habeas-Corpus as soon as possible. They Law Clerk transferred to another prison with my copy, please send.

Thank you very much,
Albert Rollings

FILED
AUG 10 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS