**E-FILED**
Wednesday, 29 March, 2006  04:17:28 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

## Central District of Illinois

TEL: 309.671.7117
FAX: 309.671.7120

### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

March 29, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: VW of America v. SUDS of Peoria,etal
D. C. Docket No. 04-1306
U. S. C. A. Docket No. 05-3276

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:   s/ H. Kallister
        Deputy Clerk