1:04-cv-01306-JBM-BGC    # 34    Page 1 of 1          E-FILED
                                                      Wednesday, 05 April, 2006 12:42:58 PM
                                                      Clerk, U.S. District Court, ILCD

1:04-cv-01306-JBM-BGC    # 33-1    Page 1 of 1        E-FILED
                                                      Wednesday, 29 March, 2006 04:17:28 PM
                                                      Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

**FILED**

APR - 5 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

March 29, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: VW of America v. SUDS of Peoria, etal
D. C. Docket No. 04-1306
U. S. C. A. Docket No. 05-3276

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

05-3276

U.S.C.A. – 7th Circuit
RECEIVED

MAR 3 1 2006   JC

GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK


BY:  s/ H. Kallister
     Deputy Clerk