E-FILED
Tuesday, 25 September, 2007  08:55:01 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident,<br><br>Defendants. | Case No.: **04 cv 01306** |

## STIPULATION FOR DISMISSAL

**NOW COME** the parties, Plaintiff, VOLKSWAGEN OF AMERICA, INC., by its attorneys, BARACK, FERRAZZANO, KIRSCHBAUM, & NAGELBERG, and Defendants, SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, GIAN C. SÜD, HARISH C. SÜD, and SUNITI R. SÜD, by their attorneys, KINGERY, DURREE, WAKEMAN & RYAN, ASSOC., and hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction, and stipulate as follows:

1. That this case shall be dismissed without prejudice with leave to reinstate on or before June 30, 2008;

2. That in the event a motion to reinstate is not filed on or before June 30, 2008, the case shall be deemed dismissed with prejudice without further order of Court;

3. That upon request of the parties made at any time, the case may be deemed dismissed with prejudice; and

4. That each party shall bear its own attorneys' fees and costs.

**Stipulated and Agreed** this 24th day of September, 2007.

| | |
|---|---|
| /S/Philip M. O'Donnell<br>**KINGERY, DURREE, WAKEMAN & RYAN, ASSOC.,**<br>Attorneys for Defendants | /S/ Randall L. Oyler<br>**BARACK, FERRAZZANO, KIRSCHBAUM, & NAGELBERG,**<br>Attorneys for Plaintiff |