1:04-cv-01306-JBM-BGC    # 39-2    Page 1 of 1
1:04-cv-01306-JBM-BGC    # 38    Page 1 of 1    E-FILED
Wednesday, 26 September, 2007 01:18:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
CENTRAL DIVISION, PEORIA

| | |
|---|---|
| VOLKSWAGEN OF AMERICA, INC., a New Jersey Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SÜD'S OF PEORIA, INC., d/b/a SÜD'S VOLKSWAGEN and SÜD'S AUDI, an Illinois Corporation; GIAN C. SÜD, an Illinois Resident, HARISH C. SÜD, an Illinois Resident, and SUNITI R. SÜD, a Wisconsin Resident,<br><br>Defendants. | Case No.: **04 cv 01306**<br><br>**FILED**<br><br>SEP 2 5 2007<br><br>JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |

**ORDER FOR DISMISSAL**

**THIS MATTER BEFORE THE COURT** on the Stipulation for Dismissal filed by the parties, due notice having been given, and the Court being fully advised in the premises, **HEREBY ORDERS AS FOLLOWS:**

1.  That this case shall be dismissed without prejudice with leave to reinstate on or before June 30, 2008;

2.  That in the event a motion to reinstate is not filed on or before June 30, 2008, the case shall be deemed dismissed with prejudice without further order of Court;

3.  That upon request of the parties made at any time, the case may be deemed dismissed with prejudice; and

4.  That each party shall bear its own attorneys' fees and costs.

**ENTERED** this 25-th day of ___Sept.___, 2007.

s/ Joe B. McDade

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF ILLINOIS CENTRAL DIVISION,
PEORIA